Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DORIS DRURY and TERRY
KOCHNIARCZYK, on behalf
of themselves, and those
similarly situated,

                              CASE NO: 6:08-cv-152-ORL-28-DAB

          Plaintiffs,

vs.

COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE INSURANCE SERVICES,
INC., BALBOA INSURANCE COMPANY, and
and NEWPORT MANAGEMENT CORPORATION,

          Defendants.

_____/


          VIDEOTAPED DEPOSITION OF STEPHEN GRZESKOWIAK

                    VOLUME I


               THURSDAY, JULY 26, 2008
               12:13 p.m. - 7:21 p.m.

            420 SOUTH ORANGE AVENUE, 12TH FLOOR
                 ORLANDO, FLORIDA  32801




REPORTED BY:
Stacy Pace, RPR, CSR, CRR, FPR
Notary Public, State of Florida
Esquire Deposition Services
Orlando Office - Job# 941683
Phone:  407-426-7676

Page 2

1  APPEARANCES:
2     On behalf of the Plaintiffs:
        Jill H. Bowman, Esquire
3       Jonathan B. Cohen, Esquire
        James, Hoyer, Newcomer
4       & Smiljanich, P.A.
        4830 West Kennedy Boulevard
5       Urban Centre One, Suite 550
        Tampa, Florida 33609
6
7     On behalf of the Defendants:
        William P. Heller, Esquire
8       Akerman Senterfitt
        350 East Las Olas Boulevard
9       Suite 1600
        Fort Lauderdale, Florida 33301
10
11
12  Also Present: Alan Bennett, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                  I N D E X
2  Testimony of STEPHEN GRZESKOWIAK
3     Direct Examination by Ms. Bowman ........... 6
4  Certificate of Oath ............................ 206
5  Certificate of Reporter ........................ 207
6  Errata Sheet ................................... 208
7  Read & Sign Letter ............................. 209
8              - - - -
9
10               E X H I B I T S
11  Plaintiffs'
12  Exhibit No. 1 .................................. 10
           (depo notice/Countrywide)
13  Exhibit No. 2 .................................. 10
           (depo notice/Newport)
14  Exhibit No. 3 .................................. 46
           (organizational chart)
15  Exhibit No. 4 .................................. 119
        (insurance services & outsourcing agreement)
16
           - - - -
17
18
19
20
21
22
23
24
25

Page 4

1      Deposition taken before STACY PACE, RPR, CSR, CRR,
2  FPR, and Notary Public in and for the State of Florida at
3  Large, in the above cause.
4              - - - -
5      THE VIDEOGRAPHER:  This is the videotaped
6  deposition of Stephen Grzeskowiak, appearing as
7  corporate representative of defendants,
8  Countrywide Home Loans, Incorporated, and
9  Newport Management Corporation.
10     This deposition is taken on behalf of the
11  plaintiffs in the case of Doris Drury and Terry
12  Kochniarczyk on behalf of themselves and those
13  similarly situated, versus Countrywide Home
14  Loans, Incorporated, et al., Defendants.  This
15  case is filed in the United States District
16  Court, Middle District of Florida, Orlando
17  Division.  The case number is
18  6:08-cv-152-orl-28-DAB.
19     This deposition is taking place at 420
20  South Orange Avenue, Orlando, Florida, on
21  June 26, 2008.  My name is Alan Bennett.  I am
22  the certified legal video specialist in
23  attendance.  The court reporter with us this
24  afternoon is Stacy Pace, with Esquire
25  Deposition Services, whose business address is

Page 5

1  200 East Robinson Street, Orlando, Florida.
2      Will counsel please introduce themselves,
3  starting with the attorneys for the plaintiffs.
4      MS. BOWMAN:  Jill Bowman and Jonathan
5  Cohen here from the James Hoyer law firm on
6  behalf of the plaintiffs.
7      MR. HELLER:  Good afternoon.  Bill Heller
8  for Akerman, Senterfitt for Defendants,
9  Countrywide Home Loans, Countrywide Insurance
10  Services, Balboa Insurance Company, and Newport
11  Management corporation.
12     (Witness sworn.)
13             - - - -
14  Thereupon,
15      STEPHEN GRZESKOWIAK,
16  having been first duly sworn or affirmed, was examined
17  and testified as follows:
18      THE VIDEOGRAPHER:  We're now on the record
19  at 12:13 p.m.
20      MR. HELLER:  Ms. Bowman, Jill, before we
21  get rolling, I just want to make a -- preserve
22  an objection to avoid interruption.  We filed
23  objections to the deposition notice that speak
24  for themselves in our record.  You know that we
25  still object to the scope of these depositions.

Page 6

1    I'm not going to raise that objection in
2  response to each of your questions that I
3  believe trigger the objection, but I want to
4  make sure there's no argument at any point in
5  the case, that by not objecting specifically
6  and by Mr. Grzeskowiak answering, that we've
7  waived any objections, so I just would
8  appreciate that being recognized.
9        DIRECT EXAMINATION
10 BY MS. BOWMAN:
11   Q   Could you state your name for the record,
12 please?
13   A   Sure. It's Stephen Grzeskowiak.
14   Q   And what is your current position with the
15 defendant company?
16   A   Current position is vice – first vice
17 president of insurance tracking.
18   Q   And what -- what company is your employer?
19   A   Countrywide.
20   Q   Is that Countrywide Home Loans, Inc.?
21   A   Yes.
22   Q   And how long have you had that position?
23   A   I've been in the insurance tracking area
24 for approximately 14 and a half years.
25   Q   And how long have you held your current

Page 7

1  position?
2    A   Current position is approximately four
3  years.
4    Q   Is that back to about 2004?
5    A   Yes.
6    Q   And what was your position prior to the
7  first vice president of insurance tracking?
8    A   It was -- my title was vice president of
9  insurance tracking.
10   Q   And did your role and responsibilities
11 change between those two positions?
12   A   No.
13   Q   How long were you in that position?
14   A   Gosh, maybe two years.
15   Q   Back to about 2002?
16   A   Approximately.
17   Q   All right. What were your positions prior
18 to that?
19   A   The functions were -- were still the same.
20 I moved up in title. Prior to vice president, it
21 was assistant vice president, and then prior to
22 that, it was manager.
23   Q   Does that take us all the way back to the
24 beginning of your employment with Countrywide Home
25 Loans?

Page 8

1    A   Yes, it does.
2    Q   And what year was that?
3    A   1994.
4    Q   Have you ever had a position in Newport
5  Management Corporation?
6    A   No.
7    Q   Mr. Grzeskowiak, do you understand that
8  you're here to testify on behalf of Countrywide Home
9  Loans and Newport Management Corporation in
10 connection with the designated topics for those
11 corporate depositions?
12       MR. HELLER:  Object to the form.
13       THE WITNESS:  Yes.
14 BY MS. BOWMAN:
15   Q   Could you describe for me what your
16 responsibilities have been? And you indicated that
17 they had not largely changed over time since you
18 were at least vice president of insurance tracking.
19 Could you describe for me what your role and
20 responsibility has been in that position for
21 Countrywide Home Loans?
22   A   Yes, I manage the day-to-day tracking
23 operation for Countrywide Home Loans, and we are
24 receiving insurance documents from insurance
25 carriers and updating Countrywide's system with that

Page 9

1  insurance information.
2        As an example, if a bill is received on a
3  particular policy and it is an escrow account, my
4  unit would pay that bill from the escrow account.
5    Q   Do you have any responsibilities for the
6  information systems that are associated with
7  insurance tracking for Countrywide Home Loans?
8    A   I'm not sure what you mean by that
9  question.
10   Q   The information systems, meaning the
11 databases and technology that is used in connection
12 with insurance tracking?
13   A   I'm familiar with -- with the databases.
14 I'm not part of our IT department, but I am familiar
15 with the systems that Countrywide uses.
16   Q   Okay. Have you been in any -- at any
17 time, responsible for the development of the -- of
18 those information systems in connection with
19 insurance tracking?
20   A   I would be used as a subject matter expert
21 in order to develop certain programs and processes,
22 yes.
23   Q   And let me just make sure I understand
24 what you're saying. You're saying that they would
25 come to you and talk to you about what information

Page 10

1  y'all needed to have access to in order to
2  appropriately engage in insurance tracking so that
3  they could design the systems to provide you with
4  that information?
5      MR. HELLER: Object to the form.
6      THE WITNESS: I'm sorry, I need a little
7      bit more clarification on that.
8  BY MS. BOWMAN:
9      Q   Sure, when you said you're -- you're a
10 subject matter expert --
11     A   Yes.
12     Q   -- that would be involved in that process,
13 is it -- is it correct that in saying that, what
14 you're talking about is that you are one of the
15 people they would come to, to find out what
16 information your unit needed to be able to track
17 within the system or know within the system, and
18 then they would try to develop the IT around that?
19     MR. HELLER: Object to the form.
20     THE WITNESS: Correct.
21     (Exhibit Nos. 1 and 2 marked for
22     identification.)
23 BY MS. BOWMAN:
24     Q   I'm going to hand you what I've marked as
25 Exhibits 1 and 2, which is the corporate deposition

Page 11

1  notices in this case for Countrywide Home Loans and
2  Newport Management Corporation.
3      If you could take Exhibit 1 and turn with
4  me to page five. Do you see the section entitled
5  Topics of Inquiry?
6      A   Yes.
7      Q   Can you tell me -- if you could just skim
8  those next few pages, tell me if you have seen or
9  are familiar with the topics identified between
10 pages five and ten.
11     THE VIDEOGRAPHER: Ms. Bowman, could we go
12     off the record for just one moment, please?
13     MS. BOWMAN: Okay.
14     THE VIDEOGRAPHER: I need to arrange
15     something. We're off the record at 12:21.
16     (Off the record.)
17     THE VIDEOGRAPHER: We're now back on the
18     record at 12:23.
19 BY MS. BOWMAN:
20     Q   I'd ask you to take a look at Exhibit 1
21 and the topics of inquiry relating to the -- the
22 Countrywide Home Loans, Inc., corporate deposition
23 for today. Are you familiar with those topics?
24     A   As I'm going through them, yes, I believe
25 I can testify on these.

Page 12

1      Q   Okay. And are -- have you been -- is it
2  your understanding that you've been designated to
3  testify for Countrywide Home Loans corporation on
4  those topics?
5      A   Yes.
6      Q   I'd like you to take a look at Exhibit 2.
7  And again, on -- beginning on page five through page
8  nine, topics of inquiry 1 through 32.
9      A   (Reviewing document.) Yes.
10     Q   And for Newport Management Corporation,
11 are you prepared to testify on those topics of -- of
12 inquiry 1 through 32?
13     A   Yes.
14     Q   Can you tell me what -- what, if anything,
15 you did to prepare for your deposition on those
16 topics in both Exhibits 1 and 2 today?
17     A   I'm sorry, could you be more specific?
18     Q   Yes. Was there anything in particular
19 that you did in order to prepare yourself to testify
20 on any of the topics in those two corporate
21 deposition notices?
22     A   I've worked with my attorneys.
23     Q   Okay. Have you reviewed any documents,
24 information or material from your -- from either of
25 the companies, Countrywide Home Loans or Newport

Page 13

1  Management Corporation?
2      A   A number of documents, yes.
3      Q   Okay. And how long did you spend
4  reviewing materials?
5      A   Gosh, I -- yes, I was in town here since
6  yesterday afternoon reviewing specific, you know --
7  a number of documents. And prior to that, I
8  wouldn't be able to put a time limit on it.
9      Q   And did you do anything to familiarize
10 yourself with the information systems and the
11 capabilities of those systems used by Countrywide
12 Home Loans and Newport Management Corporation for
13 insurance tracking in connection with home loan
14 services by Countrywide?
15     MR. HELLER: Object to the form.
16     THE WITNESS: I am familiar with those
17     systems. Did I do anything specific? No. But
18     I'm familiar with those systems.
19 BY MS. BOWMAN:
20     Q   Could you tell me, what is your
21 understanding of what this case is about?
22     MR. HELLER: That -- let me just -- be
23     careful here, Mr. Grzeskowiak. If responding
24     requires you to testify from information that's
25     come from your attorneys, whether it's through

Page 14

1    outside counsel or whether it's the in-house
2    lawyers at Countrywide, then I have to instruct
3    you not to answer on that basis.
4        THE WITNESS: And it does come from my
5    attorneys.
6    BY MS. BOWMAN:
7        Q   So you have no information about this
8    lawsuit other than from your counsel?
9        A   Correct.
10       Q   Did you -- in preparing for your
11   deposition today, did you talk to anyone, either
12   from the information technology department or any
13   other department, about the information systems that
14   are used by Countrywide in tracking and doing the
15   insurance tracking?
16       MR. HELLER: Again, because as I read the
17   question, it was from the information
18   technology department or any other department.
19   With respect to the legal department, I have to
20   instruct you not to answer; otherwise, you may
21   respond.
22       THE WITNESS: I did not contact anyone in
23   our IT department or anyone outside of my
24   department with regards to the information
25   that's on the system.

Page 15

1    BY MS. BOWMAN:
2        Q   We're going to be talking about insurance
3    tracking and other matters today, obviously. The
4    timeframe that I would like to focus on is the
5    timeframe between 2003 and the present. So if I ask
6    you a question and there are answers that are only
7    true for a particular time period, if you could --
8    if you could do your best and I'll do your best --
9    do my best to remind you to indicate that, well, for
10   the last two years, we've been doing it this way, as
11   opposed to for that whole time period.
12       Because otherwise I'm -- I'm going to take
13   your answers largely to mean for as long as you've
14   been in your position in connection with insurance
15   tracking, this is how things have operated. But if
16   you need to make a distinction in timeframes,
17   completely understandable; if you could just please
18   do that for me. Okay?
19       MR. HELLER: Give me a second to
20   understand that, please. (Pause.) I'm
21   confused on it still, so I'm going to have to
22   object on this basis. The question in the
23   beginning asks Mr. Grzeskowiak to focus his
24   responses from 2003 to the present. Then at
25   the end of -- of your explanation, you say

Page 16

1    you'll assume that his answers involve his --
2    his years as an employee. Which is it?
3    BY MS. BOWMAN:
4        Q   Can we agree, Mr. Grzeskowiak, that when
5    you respond to a question, that you will -- your
6    answer will be indicative of the timeframe 2003 to
7    the present, unless you otherwise state?
8        A   Yes.
9        Q   Would you describe for me what the
10   responsibilities of your insurance tracking unit are
11   in Countrywide -- within Countrywide Home Loans?
12       A   I'm sorry, could you repeat that?
13       Q   Sure. Would you describe for me what the
14   responsibilities of your unit is within Countrywide
15   Home Loans with regard to insurance tracking?
16       A   My area is responsible for the tracking of
17   what we call preferred insurance on mortgages that
18   Countrywide services.
19       Q   Okay. What is the purpose of that?
20       A   The purpose of what?
21       Q   The purpose of tracking -- the tracking of
22   preferred insurance on mortgages serviced by
23   Countrywide.
24       A   There are investor guidelines that
25   Countrywide must follow in order to ensure that each

Page 17

1    property that they hold the mortgage on has
2    acceptable insurance.
3        Q   Okay. And how -- what does your group do
4    to ensure that that's the case?
5        A   We react to insurance documents that are
6    sent to us from insurance carriers, agents or
7    borrowers.
8        Q   From a, kind of, 50,000-foot level, can
9    you describe for me the Countrywide financial
10   companies that are -- that would be involved in the
11   issuance of a lender placed policy in Florida?
12       MR. HELLER: Object to the form.
13       THE WITNESS: There would be the insurance
14   tracking area, which is my area.
15   BY MS. BOWMAN:
16       Q   So that would be of -- out of Countrywide
17   Home Loans?
18       A   No. It's Countrywide Home Loans; however,
19   Newport Management Corporation has a contract with
20   Countrywide Home Loans that they perform the -- the
21   insurance tracking. So New- -- the contract is with
22   Newport and Countrywide.
23       The insurance tracking area will react to
24   those documents that are being received, and if
25   lender placement is needed, a request will go from

Page 18

1  Countrywide system to Balboa in order to begin the
2  letter cycle, and, potentially, if preferred
3  information isn't received prior to the letter
4  cycle, then a certificate of insurance to the master
5  policy will be issued and sent to the borrower.
6      Q   Okay.  When you -- when you indicated that
7  Newport Management Corporation had the contract with
8  Countrywide Home Loans to do the insurance tracking,
9  are the employees in your unit employees of Newport
10 Management Corporation?
11     A   We are all employees of Countrywide.
12 Basically, that's where our checks come from.  But
13 Newport Management Company is the company that is
14 performing the tracking that's -- I guess we could
15 say, that's the two companies that are in the
16 contract.
17     Q   Okay.  And are -- are the people that are
18 performing both sides of that contract in your unit?
19     A   Yes.
20     Q   And does Countrywide Insurance --
21 Countrywide Insurance Services, do they have a role
22 in connection with the placement of lender placed
23 policies in Florida?
24     A   They do not.
25     Q   Can you explain to me what you understand

Page 19

1  Countrywide Insurance Services does?
2      MR. HELLER:  Object to the form.
3      THE WITNESS:  Countrywide Insurance
4      Services is an insurance agent that will place
5      or -- or write what we call preferred policies,
6      non-lender-placed policies.
7  BY MS. BOWMAN:
8      Q   Now, in connection with the lender placed
9  policy that was placed on -- and I'm just going to
10 collectively call the plaintiffs Drury --
11     A   Okay.
12     Q   -- for ease of reference.
13     In connection with the Drury property, are
14 you saying that Countrywide Insurance Service and --
15 Services did not act as the agent for the issuance
16 of that lender placed policy?
17     A   Correct.
18     Q   And were they in any way involved in the
19 communication of the -- the order to place a lender
20 placed policy with Balboa insurance services -- or
21 Balboa Insurance Company?
22     A   No.
23     Q   Could you describe for me your department,
24 how it's set up and what different people in
25 different capacities are doing in connection with

Page 20

1  the insurance tracking?
2      A   Yes.
3      Q   Could you describe for me that unit?
4      A   Sure.  We have a mail services unit, we
5  have a data capture unit, exception processing, a
6  insurance integrity area that consists of cash
7  management, disbursement management, data integrity,
8  flood insurance tracking.  We have a bypass unit and
9  a wind tracking unit.
10     Q   And have all those units been in place
11 from 2003 to the present?
12     A   No.
13     Q   Starting last first, when did the wind
14 tracking unit -- when was that started within your
15 unit?
16     A   Approximately 2006.
17     Q   How about the bypass unit?
18     A   Approximately 2005.
19     Q   Is it more appropriate to call them groups
20 as opposed to units?
21     A   No, we call them units.
22     Q   How about the flood unit?
23     A   Sorry, I have to go back in time there.
24     Q   Sure.
25     A   I want to say approximately 2003.

Page 21

1      Q   Okay.  Now, the data -- data integrity,
2  was that separate from the disbursement and cash
3  management groups?
4      A   Yes.
5      Q   Okay.  When -- how long has that been a
6  unit within your group, data integrity?
7      A   Approximately 2002.
8      Q   Disbursement management?
9      A   Since I've been there.
10     Q   And cash management?
11     A   Again, since I've been there.
12     Q   Exception processing?
13     A   1997.
14     Q   Data capture?
15     A   '97.
16     Q   And mail services?
17     A   Forever.
18     Q   What is the role and responsibility in
19 connection with insurance tracking that's performed
20 by the mail services unit?
21     A   That unit will receive mail from the
22 United States Post Office, Federal Express, and any
23 type of courier-type mail, and it's their duties to
24 open and sort that mail in order to prepare it for
25 scanning into our electronic system.

Page 22

1  Q   Now, the mail that's received by the mail
2  services unit within your group, is that purely
3  related to insurance matters or is that all
4  correspondence, Countrywide Home Loans?
5  A   It's primarily all insurance matters. You
6  might have a piece of misdirected mail here or
7  there, but it's primarily insurance related.
8  Q   Is -- does that come to an address that's
9  been provided to the various carriers and agents for
10  the provision of insurance information to
11  Countrywide Home Loans?
12  A   Yes.
13  Q   And is that a different -- is that a
14  different address than your physical location?
15  A   Yes.
16  Q   Is it a P.O. box?
17  A   Yes.
18  Q   Where is your unit located?
19  A   Fort Worth, Texas.
20  Q   And do you handle all of the insurance
21  tracking for Countrywide Home Loans nationwide out
22  of that unit in Fort -- in Fort Worth?
23  A   I'm sorry, could you repeat that.
24  Q   Sure. Do you handle all of the insurance
25  tracking for Countrywide Home Loans nationwide out

Page 23

1  of that Fort Worth, Texas, location?
2  A   Yes. I want to make one clarification --
3  Q   Sure.
4  A   -- to be accurate. We do have some mail
5  services functions going on in Tempe, Arizona, that
6  they may receive mail for Countrywide; however, it
7  gets scanned into my operation. It -- rather than
8  forwarding the mail, we have the ability to scan it.
9  Q   Why would it be directed there as opposed
10  to the P.O. box that goes to your unit?
11  A   It just seems to happen.
12  Q   How many employees do you have in Arizona?
13  A   That would handle CHL?
14  Q   Yes.
15  A   In the mail services --
16  Q   Yes. One?
17  A   One.
18  Q   What about the -- the data capture unit,
19  what is their role and responsibility in connection
20  with insurance tracking?
21  A   That area performs basically two
22  functions. I had mentioned that mail service will
23  scan documents in. We have OCR for forms, which is
24  a data recognition program, where we have predefined
25  templates that are built that will mirror insurance

Page 24

1  documents that we receive.
2      So the first function of the data capture
3  unit is when the information is extracted from the
4  document, there may be questionable characters: An S
5  might look like a five, or vice versa. So that
6  particular information is presented to this
7  technician to -- to verify, and it's actually a
8  verified function.
9      The second function is a data entry
10  process where if that particular document did not
11  match to a template, it will go to a technician for
12  them to manually extract by looking at the document
13  and keying the information into the fields.
14  Q   When you're talking about documents coming
15  into mail services and being scanned, is the entire
16  document received from the, for example, insurance
17  companies, then scanned in, in connection with a
18  particular loan or borrower into their file?
19  A   No.
20  Q   Okay. Where is the scan going into?
21  A   Into a database that will maintain that
22  image.
23  Q   Does that database have a name?
24  A   We basically just call it OCR.
25  Q   And the OCR forms or templates, what

Page 25

1  information are they designed to extract from
2  incoming insurance documents?
3  A   All pertinent insurance information and
4  borrower and carrier information.
5  Q   Would one of the -- the kinds of documents
6  you would be receiving from -- from an insurance
7  company be an endorsement for the renewal of a
8  homeowner's policy, for example?
9  A   No.
10  Q   Okay. What kind of documents are you
11  receiving from insurance companies into this mail
12  services group?
13  A   I'll reclarify. The -- we do receive
14  endorsements. We do receive in renewal documents;
15  they're different. Insurance bills.
16  Q   Any other kinds of documents that you
17  routinely receive?
18  A   There will be cancellation notices,
19  reinstatement notices, certificates of insurance,
20  evidence of insurance.
21  Q   And your unit is doing this for all of the
22  loans that are serviced by Countrywide Home Loans?
23  A   No.
24  Q   Okay. Is it -- are you doing it for more
25  than that, more than just Countrywide Home Loans, or

Page 26

1   is there some group within Countrywide Home Loans
2   that you're receiving this information for?
3        MR. HELLER: Object to the form.
4        THE WITNESS: Easiest way to explain,
5   there are certain loans that insurances
6   attract; as an example, a lot loan. The lot
7   loan is based on the property. There's no
8   structure; it's just a piece of land.
9   BY MS. BOWMAN:
10       Q   So would it be correct to say, then, that
11   you -- your unit handles all of the insurance
12   tracking for Countrywide Home Loans on residential
13   properties, properties with homes?
14       A   Yes.
15       Q   If, for example, the mail services group
16   received a copy of an insurance endorsement and that
17   was scanned into the OCR system, what are the fields
18   of information that you're attempting to capture
19   through that OCR system for use by the insurance
20   tracking unit?
21       MR. HELLER: Object to the form.
22       THE WITNESS: As I mentioned earlier, it
23   would be the information from an insurance
24   perspective, borrower information, carrier
25   information.

Page 27

1   BY MS. BOWMAN:
2        Q   Sure. But can you tell me specifically
3   what field you're looking to populate as far as what
4   the OCR system is picking up in -- in that
5   endorsement?
6        MR. HELLER: Object to the form.
7        THE WITNESS: Carrier --
8   BY MS. BOWMAN:
9        Q   Okay.
10       A   -- borrower's name, addresses, policy
11   numbers, premium amounts, coverage amounts,
12   effective dates, expiration dates. And I do need to
13   clarify the template is built to extract
14   information --
15       Q   Okay.
16       A   -- for these fields, as an example.
17       Q   And if you received, for example, the
18   notice of cancellation of a policy, would the
19   template then seek to extract -- extract the
20   cancellation date or deadline?
21       MR. HELLER: Object to the form.
22       THE WITNESS: It would capture the
23   information that's needed from that document,
24   and if that information is on that document,
25   yes.

Page 28

1   BY MS. BOWMAN:
2        Q   How much -- just in general terms, how
3   much mail does that mail services group deal with on
4   a daily basis?
5        A   It varies by day of the week. So on a
6   monthly basis, it averages about 650 to 700,000
7   pieces of mail.
8        Q   I'm sorry, could you say those numbers
9   again?
10       A   650,000, to 700 -- to 700,000 on a monthly
11   basis.
12       Q   And how many people are working in that
13   group, mail services?
14       A   There are approximately 18 individuals.
15       Q   And how many folks are working in the data
16   capture group?
17       A   In Fort Worth, there are nine. Nine.
18       Q   Are there employees in that group that are
19   located in another physical location?
20       A   Countrywide has a operation offshore,
21   Countrywide Financial Corporation India, that they
22   will do some -- they will do data entry work for us.
23       Q   And that would include this -- this data
24   capture function?
25       A   Yes.

Page 29

1        Q   Now, once -- once the document is scanned
2   into the system and OCR'd, did the person in the
3   data capture function have access to then just
4   simply an electronic copy of that document when
5   they're correcting information in the database?
6        A   Yes.
7        Q   And just as a practical issue, do they
8   pull it up on like a split screen? Is that how it's
9   accomplished? Or how is it accomplished?
10       A   It's actually roped off to the specific
11   area that that information should be housed in,
12   based on the template, so they will not see a full
13   picture of the document; they will see a blown-up
14   section of the area that that information would be
15   in.
16       Q   In connection with the -- the database
17   where the original scanned images of the documents
18   are maintained, is that a database that is backed up
19   and kept so that you would have, from the beginning
20   of 2003 to the present, somewhere every -- an image
21   of every mail piece that came into Countrywide?
22       A   No.
23       Q   Okay. How -- how is that preserved and
24   for how long?
25       MR. HELLER: Object to the form.

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 30

1     THE WITNESS: The databases are -- are
2  backed up every night. The images prior to
3  June of 200- -- excuse me, January of 2007,
4  were only maintained for 12 months.
5  BY MS. BOWMAN:
6     Q   What -- the data capture group, what
7  system are they working in, or is there a name for
8  the system that they're working in where they're
9  correcting the OCR captured information?
10    A   It's a in-house developed system known as
11 Track Source.
12    Q   And is that -- is that information the
13 OCR'd information as corrected by the data capture
14 group, then maintained in the Track Source system?
15    A   No.
16    Q   So the information is -- is captured and
17 corrected in the Track Source system; is that right?
18    A   Correct.
19    Q   And then what happens to it?
20    A   The information will then go through
21 business rules, electronic business rules, that have
22 been set up to react to the type of information and
23 type of document that's being received.
24      As an example, if it's a bill coming in
25 and it's an escrowed loan and that premium is due,

Page 31

1  the business rules will make that determination and
2  then pass that information to Countrywide's AS400
3  system for Countrywide to send out that check.
4     Q   Now, does that all happen within your
5  unit?
6     A   I'm sorry, does all what?
7     Q   Does -- does the -- does it go from one
8  information system into the AS400, but that's all
9  monitored by your unit?
10    A   No.
11    Q   Okay. What is it that the data capture
12 folks do in order to apply the business rules to the
13 captured information and Track Source?
14    A   I'm not understanding that question.
15    Q   Yeah. Do they -- do they capture and
16 verify the information and then hit a button so that
17 it goes then through business rules and into the
18 AS400 system, or how do they physically accomplish
19 that?
20    A   Yes, they hit enter and that particular
21 document, that goes through the rules, then the next
22 one pops up for them to verify or data enter.
23    Q   And do those data capture folks go into
24 the AS400 to verify the appropriate application of
25 the business rules has been accomplished and the

Page 32

1  correct information appears in AS400?
2     A   No.
3     Q   Is there another group within Countrywide
4  Home Loans that does that?
5     A   No.
6     Q   So there's -- there's not a function where
7  someone is sitting and looking at the original data
8  captured by the OCR of the incoming insurance
9  document and then making sure that matches what is
10 in the AS400?
11    A   It's all electronic, and the programs are
12 monitored, but -- and if for some reason a program
13 doesn't work, yes, the IT group is -- is notified
14 and -- but it's all electronic.
15    Q   But then on a -- on a file-by-file basis,
16 no one is checking to make sure that the captured
17 information is also the information that appears in
18 the AS400?
19      MR. HELLER: Object to the form.
20      THE WITNESS: There's no one that has a
21 specific function to do that.
22 BY MS. BOWMAN:
23    Q   Is that the full obligation of the data
24 capture group?
25      MR. HELLER: Object to the form.

Page 33

1  BY MS. BOWMAN:
2     Q   Have we talked about all of the things
3  that the data capture group does?
4     A   Yes.
5     Q   What about the exception processing group?
6     A   The exception processing group will handle
7  items that the business rules may not have enough
8  information to make a decision. As an example, if
9  that -- excuse me -- that bill came in and it was
10 missing certain information, maybe policy number,
11 premium amounts, it would kick out to exception
12 processing for them to obtain that information.
13    Q   Is -- is -- do they receive a report from
14 the -- the tracking system or the AS400 system?
15    A   No.
16    Q   How -- how do you mean that it kicks out
17 to the exception group?
18    A   It's, again, automated, it's electronic --
19    Q   Uh-huh.
20    A   -- so the business rules would send that,
21 or kick out -- will send it to the exception queue
22 electronically for a technician to sign in to that
23 queue and work that exception. Once they're done
24 with that exception, hit enter, the next exception
25 will pop up.

Page 34

1   Q   And by working that exception, you mean
2   they may have to contact the appropriate insurance
3   carrier to get the additional information and then
4   complete those fields, or how would they process
5   that?
6   A   That's -- you're correct.
7   Q   And then they would then move on to the --
8   the next exception?
9   A   Yes.
10  Q   And then they -- as a result of their
11  having completed the information required by the
12  business rules, by hitting enter, they -- that
13  information would go back through the business rules
14  and then into the AS400 system?
15  A   Yes.
16  Q   And is there any other function of the
17  exception processing group?
18  A   No.
19  Q   What does the cash management group do?
20  A   The cash management group will handle the
21  refund checks that are received from the insurance
22  carriers.
23  Q   And in what -- what instances would there
24  be a refund check coming from insurance carriers?
25  A   Primary reason is the borrower may have

Page 35

1   canceled that preferred policy and has gone with
2   another insurance company, and the previous
3   insurance company knows that the lender is
4   responsible to make insurance payments. So if there
5   is any unearned premium from that old policy, they
6   will send a refund check to the lender and the
7   lender will redeposit that back into the escrow
8   account.
9   Q   Would that only be in connection with
10  escrowed accounts?
11  A   No.
12  Q   There would be instances in which you
13  received a refund from an insurance company on a
14  non-impounded mortgage?
15  A   Yes.
16  Q   And in that case, what happens?
17  A   They would review to ensure that it was a
18  non-impound account. If it was a non-impound
19  account, we -- the lender will sign -- or
20  Countrywide will sign that check over to the
21  borrower and forward it to the non-impounded
22  borrower.
23  Q   And is that the full responsibility of the
24  cast -- cash management group?
25  MR. HELLER: Object to the form.

Page 36

1   THE WITNESS: That is their primary
2   function. There's other functions related to
3   if a Countrywide check is returned. So
4   there -- you know, there's -- it's surrounding
5   checks being returned, maybe that's a better
6   way to put it.
7   BY MS. BOWMAN:
8   Q   Can you give me an example of a situation
9   where the cash management group would be dealing
10  with a check of Countrywide's that was returned?
11  A   Possible incorrect address.
12  Q   What you're talking about is checks that
13  Countrywide issued to insurance companies likely to
14  cover premiums on policies they were paying out of
15  escrow?
16  A   Yes.
17  Q   Any other kinds of checks that come back
18  through that group that are sent out by Countrywide?
19  A   There will be the misdirected-type monthly
20  payment check that will be routed over to the
21  payment processing area of Countrywide in order to
22  update the borrower's mortgage payment.
23  Q   Is there any other function of the cash
24  management group that we haven't talked about?
25  A   No.

Page 37

1   Q   What about the disbursement management
2   group?
3   A   Disbursement management is a multifunction
4   area; primarily they're there to reconcile the
5   disbursements that have been made to make sure the
6   disbursements the AS400 said it was going to
7   produce, that it did produce, and we did receive the
8   check in order to mail out to the appropriate
9   insurance carrier.
10  They will also handle payment requests
11  from Countrywide's customer service area where a
12  borrower, insurance carrier, or agent may call and
13  request the payment. That follow-up would come to
14  my group for them to issue that payment.
15  And then there's also a function known as
16  our automatic disbursement control wherein certain
17  requests for payments go through a -- another check
18  of the business rules to ensure that that payment is
19  truly necessary. If it fails one of those business
20  rules, it will be -- that payment will be stopped.
21  My group, again electronically, will be presented
22  with that exception reason and determine whether or
23  not a payment truly is needed.
24  Q   And with regard to your group,
25  disbursement management, you're talking about

Page 38

1  payment for insurance premiums relating to insured
2  properties?
3      A   Yes.
4      Q   How is it that the disbursement management
5  group determines whether the -- what checks the
6  AS400 system is supposed to be sending to them, like
7  on a particular timeframe?
8      A   I didn't understand the question.
9      Q   Sure. Is there a report that's -- that
10  they check the received checks to go out against the
11  ones we were supposed to receive from AS400? Or how
12  do they do that?
13      A   It's electronic --
14      Q   Okay.
15      A   -- where a query identifies what was
16  supposed to be received versus how many checks were
17  received, and it's a reconciliation that basically
18  says, yes, you wanted a hundred, you got a hundred.
19      Q   And is that in some sort of an electronic
20  report that comes to -- to personnel in this
21  disbursement management group?
22      A   It's within one of our databases. We
23  really don't have paper reports; it's all within our
24  systems.
25      Q   So it's an electronic report?

Page 39

1      A   It's an electronic queue.
2      Q   And is that updated on a daily basis?
3      A   Payments are generated on a daily basis,
4  yes.
5      Q   And so the queue that they would look at
6  to determine whether they had gotten the appropriate
7  number of checks would be on a daily basis?
8      A   Yes.
9      Q   What if there was not a match between
10  those numbers?
11      A   Then the checks would have to be held
12  until a manual step-by-step process goes through to
13  identify what is missing.
14      Q   If the checks are released to be sent out
15  to the identified insurance companies, is that also
16  done electronically? In other words, do -- does the
17  disbursement management group actually sit and stuff
18  envelopes?
19      A   No.
20      Q   Okay. What -- how do they do that, send
21  those checks out?
22      A   The checks are sent out of Countrywide's
23  treasury department in California. And the actual
24  process, when I was familiar with it a number of
25  years ago, they -- they had stuffing machines. The

Page 40

1  paper check would be produced and it would
2  automatically cut where it's supposed to cut and
3  stuff the envelopes.
4      Q   In the report that matches the
5  disbursements that are supposed to be made or
6  identified as being -- supposed to be made by the
7  AS400 and then reconciled by the disbursement
8  management group, what information related to the
9  borrower's insurance is included in that queue?
10      A   None. None.
11      Q   It's just total numbers of checks versus
12  identified -- accounts identified for disbursement?
13      A   Correct.
14      Q   And are -- how are the accounts identified
15  or --
16      A   By loan number.
17      Q   And how many people are working in the
18  disbursement management group?
19      A   Ten.
20      Q   And are they getting different daily
21  reports? Is it separated by state? Or why would
22  you need that many people to track a daily
23  reconciliation of checks versus --
24      A   There's just one function.
25          MR. HELLER: Object to the form.

Page 41

BY MS. BOWMAN:
1  BY MS. BOWMAN:
2      Q   Okay. There's just one function for all
3  those ten people?
4      A   No. The daily reconciliation is just one
5  function within that group.
6      Q   Okay. Some of the others are responding
7  to the customer service inquiries and those other
8  kinds of things that you described?
9      A   Yes.
10      Q   What about the data integrity group?
11      A   Data integrity has two functions, two main
12  functions. Our org. chart shows all the separate
13  queues, but what I'm doing is I'm providing you with
14  the overall functions that each of these groups
15  have.
16          So two primary functions within data
17  integrity. The first one has to do with reconciling
18  the AS400 -- Countrywide's AS400's with Balboa's CCS
19  system, to reconcile lender placement. That -- and
20  the reconciliation would be Countrywide shows that
21  there should be lender placement, is lender
22  placement on Balboa's system, and vice versa.
23      Q   And what -- what system would the data
24  integrity group be -- be accessing within
25  Countrywide to see that -- that the A -- what data

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 42

1    would they be -- sorry, let me start that over.
2          What information screen or data would the
3    data integrity group be accessing in the AS400 to
4    determine whether a particular loan had been
5    identified for lender -- for a lender placed policy?
6          A   The insurance screen.
7          Q   Is that what it's called, the insurance
8    screen?
9          A   Yes, insurance servicing activities.
10         Q   And what information in Balboa's CCS
11   system would they be accessing in order to compare
12   and see if the force placed request was in Balboa's
13   system?
14         A   The information would be the -- the name,
15   property address of the borrower, and the type of
16   lender placed insurance. It would be their -- it
17   would be CCS's equivalent of the insurance screen on
18   Balboa's system.
19         Q   And --
20         A   Did I say that right? Yeah.
21         Q   And do they -- do they call it something
22   in particular on -- on Balboa's system? Is it
23   like -- is it -- is it called an insurance screen
24   or --
25         A   It's their update screen, I believe is the

Page 43

1    name of it. But it's their insurance update screen.
2          Q   Okay. Now, how -- how is it the data
3    integrity group knows which loans to look at for
4    purposes of identifying those loans that have been
5    identified in the AS400 as requiring a lender placed
6    policy?
7          A   Another function that is totally automated
8    where a nightly query of both systems are done to
9    identify any out-of-sync information. That
10   out-of-sync information is then presented on a loan
11   level to a technician in a queue.
12         Q   In the AS400 system, how is it that a
13   particular loan gets identified for a lender placed
14   policy?
15         A   I'm sorry, I didn't -- I didn't understand
16   that.
17         Q   Sure. In the AS400 system, how is it that
18   a loan gets identified for a lender placed policy?
19         MR. HELLER: Object to the form.
20         THE WITNESS: I'm still not understanding
21   that.
22   BY MS. BOWMAN:
23         Q   Well, you -- you're saying that there's
24   a -- an electronic scan for a better -- lack of a
25   better term, that's performed at Balboa's system and

Page 44

1    the AS400 to see that those files, designated for a
2    lender placed policy, also appear in the Balboa
3    system. What is it looking for in the AS400 system?
4          MR. HELLER: Object to the form.
5          THE WITNESS: There is a field that will
6    identify that lender placement has been
7    ordered.
8    BY MS. BOWMAN:
9          Q   What is that field?
10         A   It's C-T-N-P-O-L. That's the field name.
11         Q   Okay. And where does it appear in the
12   AS400 loan file?
13         A   That field?
14         Q   Yes.
15         A   On the insurance screen.
16         Q   And you said that was in the -- in the
17   insurance activity section?
18         A   Yes.
19         Q   And what information would appear in that
20   field, CTNPOL, that would indicate to -- to the
21   scanning -- I guess, the scanning run on the nightly
22   run, to indicate that that file or that loan had
23   been -- there had been a force placed policy
24   ordered? Is it looking for a particular symbol or
25   designation?

Page 45

1          A   They are alpha codes. And each alpha code
2    has a different meaning.
3          Q   And are those alpha codes cataloged
4    somewhere? In other words, could you either tell me
5    what they are or point me to a document that would
6    tell me what they are?
7          A   I could tell you what they are.
8          Q   Okay.
9          A   There's O equals order. P equals paid. F
10   means that the request is being ordered, so it's
11   actually the step -- the code before O. Those --
12   those are the three primary ones.
13         Q   And then what is the scan looking for in
14   the Balboa database in order to reconcile or produce
15   something into the queue?
16         A   It's looking to see if there's a
17   corresponding record by loan number, for instance.
18         Q   Now, does that nightly scan actually
19   result in Balboa's system starting the process of
20   issuing a lender placed policy?
21         MR. HELLER: Object to the form.
22         THE WITNESS: No.
23   BY MS. BOWMAN:
24         Q   What has to happen in order for Balboa's
25   system to begin the process of issuing a lender

Page 46

1  placed policy?
2      MR. HELLER: Object to the form.
3      THE WITNESS: We were previously talking
4  about the scan.
5  BY MS. BOWMAN:
6      Q   Right.
7      A   Right? The reconciliation piece of it,
8  that doesn't trigger lender placement.
9      Q   Okay. What does that trigger?
10     A   The reconciliation process.
11     Q   All right. Once the data integrity group
12  ensures that the nightly scan has resulted in a
13  reconciled -- a reconciliation of the AS400 and the
14  Balboa system, what do they do with that
15  information?
16     THE COURT REPORTER: Can we go off the
17  record?
18     THE VIDEOGRAPHER: This will conclude tape
19  number one. We're off the record at 1:24 p.m.
20     (Brief recess.)
21     (Exhibit No. 3 marked for identification.)
22     THE VIDEOGRAPHER: This is tape number
23  two. We're back on the records at 1:38 p.m.
24  BY MS. BOWMAN:
25     Q   Mr. Grzeskowiak, we were talking about the

Page 47

1  nightly scan that is done electronically of both the
2  AS400 and the CCS -- the AS400 system at Countrywide
3  and the CCS system at Balboa. And is it correct
4  that that scan in and of itself does not result in
5  the issuance of a lender placed policy?
6      A   Correct.
7      Q   I'm going to hand you what I've marked as
8  Exhibit 3.
9          And can you tell me, is this the
10  organizational -- the current organizational chart
11  of your unit that we have been discussing here
12  today?
13     A   Yes.
14     Q   And so the first vice president of
15  regional operations, that would be you?
16     A   Yes.
17     Q   Now, we've been talking about the data
18  integrity group; is that correct?
19     A   Yes.
20     Q   Can you -- can you take me through the
21  various bullet points under that data integrity
22  group and describe to me what it is that that group
23  is doing? And we'll start with the AS400 LPP
24  exception reports.
25     A   That --

Page 48

1      Q   What -- what do they do with those?
2      A   That is a little misleading. They are not
3  reports. They are actually queues. The AS400 LPP
4  exceptions are -- there may be missing information
5  that might be needed in order to issue a lender
6  placed policy. Example, that comes on that -- one
7  of the exceptions is ZIP code. ZIP code may be
8  invalid or not there.
9      Q   Okay. And is that a queue that's --
10  that's generated by the AS400 scan, the nightly
11  scan?
12     A   The -- not the reconciliation, no.
13     Q   How is the exception queue generated?
14     A   There is another nightly program that runs
15  for the request cancellation of lender placed
16  policies.
17     Q   What is that program?
18     A   The program name?
19     Q   Yes.
20     A   It's -- I believe it's INS603.
21     Q   And what is that looking to do?
22     A   That program is feeding, from the AS400,
23  the request for lender placement and the
24  cancellation of lender placement.
25     Q   Okay. So as that program, the INS603, is

Page 49

1  scanning the AS400 for requests for lender placement
2  and cancellation of lender placement, it identifies
3  loans for which it has inadequate information and
4  produces this exception report -- or queue?
5      MR. HELLER: Object to the form.
6      THE WITNESS: That is one of the
7  processes, yes.
8  BY MS. BOWMAN:
9      Q   What -- what other processes does it
10  perform, that INS603 scan of the AS400?
11     A   It produces the requests for lender
12  placement and the requests for cancellation of
13  lender placement.
14     Q   And by "produced," do you mean it
15  communicates that to Balboa's CCS system?
16     A   Yes.
17     Q   What has to happen within the AS400 system
18  for the INS603 scan to then pick up that file for
19  transmission to the CCS system at Balboa?
20     A   The CTNPOL field must be filled in.
21     Q   Okay. And who does that?
22     A   It's automated from the business rules.
23     Q   Okay. How is -- how is -- well, what do
24  you mean by automated? What information comes into
25  the AS400 system that would cause that field to be

Page 50

1   populated?
2       A   It's based on the information that has
3   been scanned, data captured. It runs through those
4   business rules. And if -- as an example, it's a
5   cancellation for company request, the business rules
6   will populate that CTNPOL field with the appropriate
7   code to request lender placement.
8       Q   And, for example, if a cancellation notice
9   was received and went through the business rules,
10  what is the -- what would that CTNPO (sic) field be
11  populated with? Would that be the F symbol for the
12  request for force placement?
13      A   Correct.
14      Q   And then -- so for data coming into the
15  AS400 system from the -- from your group, from the
16  data integrity -- or not -- I guess it's not the
17  data integrity group, it's the OCR data entry group?
18      A   Yes.
19      Q   Then that would result in the CTNPOL field
20  being populated with an F. How does it get
21  populated with an O?
22      A   When the nightly process runs, the INS603
23  program runs, and it passes that information to
24  Balboa's CCS system. The AS400 is then populated
25  with an O for order.

Page 51

1       Q   That's again by the INS603 system?
2       A   Program, yes.
3       Q   Okay. And then this -- would that in the
4   same way, the INS603 program, then later populate
5   the CTNPOL field of the AS400 with a P when the
6   premium for the lender placed policy had been paid
7   to Balboa?
8       A   Yes.
9       Q   And would the INS603 program have
10  generated that information from Balboa's system? In
11  other words, somebody provided that information into
12  Balboa's system, that they had received the monies
13  for the force placed policy?
14          MR. HELLER: Object to the form.
15          THE WITNESS: The INS603 has two, a
16  inbound and an outbound. So inbound -- let me
17  phrase this right. Outbound to CCS, inbound
18  from CCS.
19  BY MS. BOWMAN:
20      Q   If -- if there was a cancellation of a
21  lender paid (sic) policy, would that also be
22  populated in that same CTNPOL field?
23      A   Yes.
24      Q   And what would the symbol be for that?
25      A   C.

Page 52

1       Q   And is there -- are there other -- any
2   other symbols that we would look for in that CTNPOL
3   field other than the lender placed policy being
4   ordered, it having been ordered, paid or canceled?
5       A   There is a T for transmit. That occurs
6   when the C is put on; it will go to T when it
7   transmits through that INS603 program.
8       Q   Any other symbols that would populate the
9   CTNPOL field and AS400?
10      A   There is an I for interim.
11      Q   What does that mean?
12      A   That means that a cancellation was
13  received with an effective date in the future.
14      Q   Okay. And what -- what would that cause
15  the CCS system to do?
16      A   CCS does not receive I's.
17      Q   So the INS603 program would not pick up
18  that -- that particular loan file, or information in
19  that -- related to that loan if the CTNPOL field had
20  an "I" in it?
21      A   Correct.
22      Q   Is -- is there something else that happens
23  with that I? Is it brought to someone's attention
24  as of the date of the cancellation, or how is
25  that -- how is that actually beneficial to put in?

Page 53

1       A   The I will change to a F on --
2       Q   On the date?
3       A   -- the date of the cancellation.
4       Q   And that's all automated?
5       A   Yes.
6       Q   And have we missed any symbols? I thought
7   I saw an N at some point.
8       A   N? Not aware of an N for CTNPOL.
9       Q   Okay. So when the INS603 runs the inbound
10  program, or inbound to CCS, that's when it creates
11  this AS400 LPP exception queue?
12      A   No.
13      Q   When does it do that?
14      A   The inbound to the AS400 would create that
15  exception.
16      Q   And then what do the folks in your data
17  integrity group do about that?
18      A   About --
19      Q   About the exceptions.
20      A   It will be presented to them in a queue
21  and depending upon what the exception is, they will
22  clear that exception by obtaining the information,
23  doing what's necessary in order to clear that
24  exception.
25      Q   By exception, do you -- do you generally

Page 54

1   mean that there's information missing that Balboa
2   needs in order to complete the next step of the
3   issuance of a -- a lender placed policy?
4       A   That's -- that's one, yeah.
5       Q   What are -- what are some of the other
6   exceptions?
7       A   I don't know.
8       Q   So in connection with the population of
9   the AS400 CTNPOL field, for instance, with a F to
10  request a lender placed policy, that's not performed
11  by any person; that's actually a combination of
12  insurance information received and OCR'd by your
13  group and the application of automated business
14  rules to that -- to that data; is that correct?
15      A   Yes.
16      Q   And the -- the business rules themselves
17  would result in the population of that CTNPOL field
18  with -- in the beginning would be an I or an F; is
19  that correct?
20      A   Yes.
21      Q   And are those business rules written down
22  somewhere with regard to when -- when they would
23  result in the population of that field with an I or
24  an F?
25      A   No.

Page 55

1       Q   Where are -- where are they housed then?
2       A   It's all computer code.
3       Q   Is that computer code within the AS400
4   system?
5       A   I need clarification.
6       Q   Sure.  Well, your -- your data capture
7   group is verifying the information is there after
8   it's been -- after documents have been OCR'd, and
9   then that information is being run through business
10  rules and captured by the AS400 system.  Are the
11  business rules in the AS400 system, or are they a
12  function of some other program?
13          MR. HELLER:  Object to the form.
14          THE WITNESS:  The business rules from data
15      being captured from documents is within Track
16      Source system.
17  BY MS. BOWMAN:
18      Q   And who programmed Track Source with those
19  business rules?
20      A   Programmers.
21      Q   In the IT department?
22      A   Yes.
23      Q   And is there a way for you to access and
24  be able to review those business rules?
25          MR. HELLER:  Object -- object to the form.

Page 56

1           THE WITNESS:  I don't know computer code.
2       I -- it's all computer code to me.
3   BY MS. BOWMAN:
4       Q   Were they provided with instructions or
5   parameters concerning the creation of that computer
6   code concerning when to cause -- when the business
7   rules should cause the population of the lender
8   placed field, CTNPOL?
9           MR. HELLER:  Object to the form.
10          THE WITNESS:  It goes back to earlier in
11      the -- in the afternoon, we were talking about
12      subject matter experts.
13  BY MS. BOWMAN:
14      Q   Yes.
15      A   The information would be taken from, as an
16  example, myself.  At that time, I'm sure it was
17  documented but what happened with that
18  documentation, I don't know.
19      Q   So describe to me how that would happen.
20  It would be a meeting in which you were sitting with
21  the IT group, and they said, Steve, when do you
22  want -- when do you want the computer to issue a --
23  a lender placed -- populate this field with an I so
24  that it will send an order for a lender placed
25  policy?

Page 57

1       A   Yes.
2           MR. HELLER:  Object to the form.
3   BY MS. BOWMAN:
4       Q   Okay.  And then you would describe those
5   circumstances in terms of -- of when it was
6   appropriate to do that, and then they would come up
7   with a computer code that would cause it to happen
8   in those circumstances?
9       A   Yes.
10      Q   Is there a -- have you -- have you talked
11  to anybody or asked anyone if there's a way to back
12  out that computer code in -- so that they could
13  describe to you exactly what it was capturing and
14  what -- and how it was doing it?
15          MR. HELLER:  Object to the form.
16          THE WITNESS:  I don't know.
17  BY MS. BOWMAN:
18      Q   If you wanted to -- them to redevelop,
19  essentially, the business rules that they had
20  implemented through that code in a kind of written
21  format, who would you go to?
22          MR. HELLER:  Object to the form.
23          THE WITNESS:  To the IT department.
24  BY MS. BOWMAN:
25      Q   Who in the IT department was in -- would

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 58

1  you go to, in particular, with regard to the Track
2  Source system, and say, I need to know what business
3  rules you're applying to the issuance of
4  lender placed policies, can you look at your code
5  and explain it to me in English?
6          MR. HELLER: Object to the form.
7          THE WITNESS: Being it's me, I wouldn't
8      have to do that. I would imagine that if I had
9      to, I would go to the manager of the IT
10     department.
11 BY MS. BOWMAN:
12     Q   And who is that?
13     A   Mike McKenzie.
14     Q   When you say "being it's me, I wouldn't
15 have to do that," meaning you would simply request
16 that information and it would be provided to you?
17         MR. HELLER: Objection to the form.
18         THE WITNESS: No.
19 BY MS. BOWMAN:
20     Q   Okay. What -- what did you mean by being
21 that it's me?
22     A   Being it's me, for the business rules, I
23 understand what the business rules are doing.
24     Q   Okay. How it does it is what you have
25 left to them in the programming, correct?

Page 59

1      A   No.
2      Q   Okay. What -- what has your involvement
3  been and -- and what -- in the programming of the
4  business rules?
5          MR. HELLER: Object to the form.
6          THE WITNESS: I was a SME, subject matter
7      expert.
8  BY MS. BOWMAN:
9      Q   Did you prepare some kind of report or
10 memorandum in order to advise the programmers what
11 business rules ought to be filed -- followed in
12 connection with the population of the CTNPOL field
13 for the issuance of lender placed policies?
14     A   No.
15     Q   It was all just a discussion?
16     A   Yes.
17     Q   Can you tell me about in what timeframe or
18 timeframes you've had those discussions with the
19 programmers?
20     A   Beginning approximately 1997.
21     Q   Has the -- the Track Source database been
22 around since 1997?
23     A   No.
24     Q   Okay. When did that come into existence?
25     A   June 1996.

Page 60

1      Q   And has -- has it been -- since that time
2  in June 1996, has it been that system that contains
3  the business rules to populate the AS400 CTNPOL
4  field?
5      A   Could you repeat that, please?
6      Q   Sure. Since 1996, has it been that
7  system, the track services (sic) system, that
8  contains the business rules that results in the
9  population of the CTNPOL field?
10         MR. HELLER: Object to the form.
11         THE WITNESS: Track Source. Since 1996,
12     yes.
13 BY MS. BOWMAN:
14     Q   Okay. And what are the business rules
15 that you identified for those programmers regarding
16 when the automated system should populate that
17 CTNPOL field for the purposes of ordering a
18 lender placed policy?
19     A   As an example of -- we talked about, a few
20 minutes ago, a cancellation that has a cancellation
21 effective date in the future, place an
22 (inaudible) --
23         THE COURT REPORTER: Place what?
24         THE WITNESS: An "I."
25

Page 61

1  BY MS. BOWMAN:
2      Q   Under what business rules would the CTNPOL
3  field be populated with an F, requesting the
4  ordering of a lender placed policy?
5      A   If the cancellation date was today's date
6  or in the past.
7      Q   Any others?
8      A   No.
9      Q   And what business rule would result in the
10 cancellation in that -- in the CTNPOL field being
11 populated with a C, for canceled, the lender placed
12 policy?
13     A   If a document was received with the
14 adequate insurance coverage.
15     Q   When the -- the data capture folks would
16 receive information about insurance coverage, for
17 example, declarations page in connection with a
18 loan, what information off that declarations page
19 would be captured by Track Source in order to send
20 the appropriate information to the AS400?
21     A   I'm not understanding the question.
22     Q   Sure. The -- for instance, you -- you
23 receive a declarations page in connection with an
24 insurance policy on a particular loan, what -- what
25 information would the OCR template pick up in order

Page 62

1   to communicate that information to the AS400 through
2   Track Source?
3       A   The pertinent information that we
4   discussed earlier, that is captured by the data
5   capture group.
6       Q   Such as the borrower, name of the
7   borrower?
8       A   That's one field, yes.
9       Q   Okay.  The loan number?
10      A   If it's on the document, yes.
11      Q   The -- the effective date of the -- of the
12  policy?
13      A   Yes.
14      Q   Okay.  And the term of the policy or the
15  end date for the policy term?
16      A   Yes.
17      Q   Do -- does the template or the data entry
18  group identify somehow or capture somehow the type
19  of policy that it is?  In other words, if it's a --
20  a flood policy declarations page, is that somehow
21  captured in the template?
22      A   Not it.
23      Q   And what -- how would that be identified?
24      A   Based on the word "flood."
25      Q   Okay.  And what would go into the Track

Page 63

1   Source system?  Would -- would it be a symbol, an
2   alpha symbol for a flood as opposed to homeowner's
3   or --
4       A   Yes.
5       Q   And what would be that -- what would the
6   symbol for flood be?
7       A   W.
8       Q   And how about homeowner's?
9       A   H.
10      Q   Are there other types of policies that
11  would be differently characterized?
12      A   Yes.
13      Q   Okay.  What are those?
14      A   Earthquake.
15      Q   What would be the symbol for that?
16      A   E.
17      Q   Any other types of policies?
18      A   Fire.
19      Q   And how would that be characterized?
20      A   F.
21      Q   That would be differently characterized
22  than a homeowner's policy?
23      A   Yes.
24      Q   What other kinds of policies?
25      A   D.

Page 64

1       Q   What kind of policy is that?
2       A   Wind.
3       Q   Would that be only for a wind-only policy?
4       A   Yes.
5       Q   Any other types of policies?
6       A   S, for subsidence.
7       Q   And, I'm sorry, what kind of policy is
8   that?
9       A   Ground subsidence.
10      Q   And that's actually a -- a separate policy
11  that would come in?
12      A   Yes.
13      Q   Any other types of policies?
14      A   Contents.
15      Q   And what is the symbol for that?
16      A   C.
17      Q   Any others?
18      A   Condominium -- condominium master policy.
19      Q   What is the symbol for that?
20      A   F.
21      Q   Any others?
22      A   Not that I can recall.
23      Q   The next report that is indicated, is
24  reviewed by the data integrity group or functions,
25  is a CCS exception report.  Can you tell me what

Page 65

1   that is?
2       A   That will go along with the AS400 LPP
3   exception for the reconciliation, so, again, the
4   systems are out of sync.
5       Q   What about the -- the CHL billing
6   exception report?  What is that?
7       A   That will be where a lender placed premium
8   may be due or outstanding.
9       Q   And what do the folks in the data
10  integrity group do about those?
11      A   They will work the exception in order to
12  provide the information that they need in order to
13  clear that exception.
14      Q   When -- when you're talking about
15  essentially a due to be paid premium, what actual
16  steps would they take in order to achieve the
17  payment of that premium?
18      A   Most likely -- again, the billing is all
19  automated.
20      Q   Right.
21      A   For some reason, this did not -- this
22  failed that automation, so they would need to review
23  to see if that premium is still due.  As an example,
24  if the nightly process ran to identify the
25  out-of-sync occurred but something changed on that

Page 66

1  system, on either system, prior to this piece of it
2  running --
3      Q   The --
4      A   -- you could get into an exception.  So
5  they would look at it and say, oh, nope, lender
6  placement isn't needed, so they would cancel the
7  lender placement on the CCS system.
8      Q   Okay.  What is the daily transmission
9  exception report?
10     A   That has to do with possibly something
11  failing during the nightly process of the INS603.
12     Q   So for some reason the INS603 was not able
13  to adequately interpret the AS400 information and
14  process it into the CCS system?
15     A   Yes, or vice versa.
16     Q   And then do those data integrity -- do
17  those data integrity personnel have the ability to
18  go into either the CCS system or the AS400 system
19  and make an appropriate correction to a particular
20  loan file in order to take care of that or clear
21  that exception?
22     A   Yes.
23     Q   Can you give me an example of an exception
24  that would appear on the daily transmission
25  exception report?

Page 67

1      A   I cannot.
2      Q   What about escalated requests, what are
3  those?
4      A   That is a process, that we have built,
5  similar to disbursement management where
6  disbursement management is customer service gets a
7  phone call, customer service may get a phone call
8  regarding lender placement, and they're requesting
9  something to be done on that lender placement.
10     Q   And that comes into the data integrity
11  group by E-mail?
12     A   It's in a -- it's a database E-mail, yes.
13     Q   And so the customer service representative
14  records information into a -- into what, that
15  results in a -- the database E-mail to the database
16  integrity system or group?
17     A   They record it into AS400 servicing
18  activities, and that gets passed to the database.
19     Q   Is there something in particular that they
20  have to do within the AS400 servicing activities
21  section to -- to have -- have that communicate with
22  your group or to issue an E-mail, a system E-mail?
23     A   Based on the -- a code that they put in
24  the AS400s, that would occur.
25     Q   Is that the insurance services queues --

Page 68

1  queue codes?  Is that what you're talking about?
2      A   It's the customer service queue codes for
3  insurance.
4      Q   The customer service group that would be
5  handling any incoming calls from agents, insurance
6  companies, borrowers regarding insurance
7  disbursements or lender placed policies, do they
8  work somewhere else other than within your unit?
9      A   Yes.
10     Q   Where are they?
11     A   They're in the customer service department
12  in Fort Worth; in Plano, Texas; Simi Valley,
13  California; and Lancaster, California.
14     Q   Now, are there particular customer service
15  representatives who are designated to take calls
16  relating to insurance?
17     A   Yes.
18     Q   Okay.  And how -- how does that work?  Are
19  there particular units that are set up in each of
20  those locations to handle incoming insurance calls?
21     A   There are first-level queues that all
22  customer service representatives can handle, which
23  includes insurance.  If that first-level queue
24  individual cannot resolve that particular borrower's
25  phone call, it will go to a second-level queue,

Page 69

1  which are experienced -- more experienced customer
2  service reps in insurance.
3      Q   And are they -- are those particular --
4  more experienced customer service representatives
5  handling calls, other than insurance, as well?
6      A   Yes.
7      Q   And the kind of escalated requests, are
8  they -- would they be being generated by both the
9  customer service representatives in the first-level
10  queue and the second-level queue?
11     A   No.
12     Q   Who would they be being generated by?
13     A   Second-level queue.
14     Q   And how would the data integrity group
15  respond to a request for information or assistance
16  through that escalated request queue?
17     A   By handling whatever that request was,
18  completing that request.
19     Q   And that -- would that include making any
20  additional changes or notes to the information in
21  the AS400 system or the CCS system?
22     A   It could.
23     Q   Would anyone from the data integrity group
24  be dealing directly with the insurance companies or
25  agents in connection with those inquiries?

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 70

1    A  It could.
2    Q  And what about dealing direct -- directly
3  with borrowers?
4    A  No.
5    Q  So if there was a escalated request that
6  came through that required a response to the
7  borrower, who would make that response?
8    A  Customer service.
9    Q  So would there be some sort of a return
10  E-mail response from the personnel in data integrity
11  that would advise the customer service
12  representative what to tell the borrower?
13    A  Yes.
14    Q  Would that go to the particular customer
15  service representative that the original request had
16  come from?
17    A  I'm not sure.  It's extremely possible it
18  would go into a queue that they would work.
19    Q  And that would also be an E-mail
20  transmission through the system?
21    A  Yes.
22    Q  What do -- what does the data integrity
23  function described as flood date roll?
24    A  That's an exception for a flood policy.
25    Q  And what do you mean by that?

Page 71

1    A  There's a -- on a non-escrowed loan where
2  it's coming up for renewal, the dates would
3  automatically roll to the next year.
4    Q  Right.
5    A  In order to comply with the Flood Act, we
6  need to obtain renewal information on a flood policy
7  before the -- before we can do that.
8    Q  How do they do that?
9    A  They would contact the insurance carrier
10  of record.
11    Q  So in connection with a -- a impounded or
12  escrowed account where you were paying out the flood
13  policy, so long as that money -- those monies went
14  out, you -- those dates would automatically roll?
15    A  Once the payment is -- is done, yes.
16    Q  And so this is -- that's just for
17  non-impounded accounts, you have to actually go out
18  and get the renewal information?
19    A  Correct.
20    Q  Would that be the same -- would you use
21  the same process in connection with insurances other
22  than flood?
23    A  Yes.
24    Q  So if you have a non-impounded loan, which
25  means they don't -- they're not paying insurance

Page 72

1  through escrow; is that right?
2    A  Correct.
3    Q  Then would you get a daily report of
4  policies that are about to expire so that you need
5  to go out and get renewal information about those
6  policies?
7    A  No.
8    Q  How -- how is it, then, that you -- you
9  can allow those dates to roll for a non-impound
10  account?
11    A  It's a requirement of the National Flood
12  Act that any banking organization must follow.
13    Q  With regard to something other than flood
14  insurance, though, for example, you have a
15  homeowner's policy, you know who the carrier is from
16  the closing documents, but it's a non-impound
17  account, does your unit perform the same kind of
18  task where they go out and make sure that that
19  policy has been renewed?
20    A  No.
21    Q  What happens in -- in connection with
22  the -- when that -- when that -- the current policy
23  period would be at its end?  Do those dates just
24  automatically roll?
25    A  Yes.

Page 73

1    Q  So if you receive no information with
2  regard to a non-impounded account, a homeowner's, or
3  any policy other than flood, the dates would just
4  roll on that policy?
5    A  Yes.
6    Q  What about the -- the foreclosure refund
7  queue?
8    A  That is a queue that is populated by the
9  foreclosure department.
10    Q  For what purpose?
11    A  To either cancel or order lender
12  placement.
13    Q  So they're sending an instruction to your
14  data integrity group to -- within the AS400, either
15  order or cancel a lender placed policy?
16    A  Yes.
17    Q  So your group would actually go in through
18  that queue and put the applicable F or O or C?
19    A  Yes.
20    Q  What does the data integrity group do with
21  the -- or what function is it, the -- that's called
22  H-E-L-O-C R-E-O construction loans?
23    A  That's HELOC or real estate owned.  And
24  HELOC, it's a request similar to the foreclosure
25  queue, a request for lender placement or canceling

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 74

1  of lender placement. And same goes for construction
2  loans. I mentioned earlier about lot loans.
3      Q   Right.
4      A   There's no insurance. Construction loan,
5  once the construction is completed, you require
6  insurance.
7      Q   So they send you the information asking
8  that you either place a lender placed policy or
9  cancel a lender placed policy, and then that -- the
10 AS400 system is updated by the data integrity group?
11     A   Yes.
12     Q   What is the insurance department queue?
13     A   It's a catch-all queue.
14     Q   Okay.
15     A   Meaning that -- I had mentioned earlier
16 about customer service --
17     Q   Uh-huh.
18     A   -- they have queues, you see all the
19 queues listed here. Well, if they can't figure out
20 what queue to put something in, they put it in that
21 one.
22     Q   So that would be a queue that was
23 generating an E-mail to the data integrity group?
24     A   It's a queue within the AS400.
25     Q   So what would they -- what would they be

Page 75

1  inputting into that queue that would result in
2  information being delivered to the data integrity
3  group?
4      A   Most likely information that should be in
5  one of these other queues, whether it's foreclosure,
6  whether it's the next one down. Excuse me, let me
7  put my glasses on. Whether it's the INS
8  reinstatement queue. Primarily, it most likely
9  should have gone in one of these other queues.
10     Q   What is the INS reinstatement queue?
11     A   That's primarily where we will be removing
12 lender placement because customer service got in a
13 phone call saying that the preferred policy was
14 reinstated.
15     Q   And they would go into the INS
16 reinstatement queue and just communicate that
17 through a note or the entry of some information?
18     A   Through a note within the AS400, yes.
19     Q   And then the data integrity group would
20 then go back into the AS400 and put a -- put in a C
21 for cancel the lender placed policy on that loan?
22     A   Yes.
23     Q   So that's -- that can't -- can that be
24 done by the customer service representative? Can
25 they change that CTNPOL field?

Page 76

1      A   No.
2      Q   That has to be performed by the data
3  integrity group?
4      A   By an insurance employee, yes.
5      Q   Okay. So someone in one of these groups
6  that's on the --
7      A   Primarily data integrity.
8      Q   Okay.
9      MR. HELLER:  When we get to a good
10 stopping point, I'd like a break, please.
11     MS. BOWMAN:  Okay.
12 BY MS. BOWMAN:
13     Q   What about the lender placed
14 reconciliation reports?
15     A   That goes back to what we were talking
16 about earlier.
17     Q   Okay. That's --
18     A   Each of these are queues, so it goes back
19 to the reconciliation between the two systems.
20     Q   The AS400 system and the CCS system?
21     A   Yes.
22     Q   And the LPP refund queue, that would be
23 when there was a -- a canceled lender placed policy?
24     A   Yes.
25     Q   The same-day resolution database, is that

Page 77

1  just when there's a insurance-related question that
2  needs immediate attention?
3      A   Yes.
4      Q   And the service release escrow clean, is
5  that when somebody pays off their loan or it's
6  transferred to another lender?
7      A   Transferred to another lender.
8      Q   So at that point, the -- a lender placed
9  policy would be canceled. And if there was a part
10 of the policy that was still in effect, it would be
11 canceled and there would be a refund of a partial
12 premium?
13     A   Yes, at the time of service release.
14     Q   What is the VA national queue?
15     A   Countrywide has a program with the
16 Veterans Administration, and based on certain
17 criteria, based on, again, certain rules, business
18 rules, we may or may not be able to make insurance
19 payments.
20     Q   So the data integrity group examines those
21 exceptions and determines what to do under that --
22 those arrangements with the VA?
23     A   Correct.
24     Q   And the VA reports, is that insurance
25 reports to the VA?

Page 78

1    A   No. Again, it's -- it's another queue
2  with different exceptions than within the VA
3  national queue.
4    Q   The vacancy queue, is that when you get
5  information about an abandoned property that
6  requires lender placed -- a lender placed policy?
7    A   It has anything to do with a vacant
8  property.
9    Q   Why would you get that information?
10   A   Because we may need lender placement or
11 maybe now it's occupied, and that comes in, which
12 means you don't need a vacant policy, lender placed
13 policy.
14      MS. BOWMAN: Okay. We can take a break.
15      THE VIDEOGRAPHER: That concludes tape
16 number two. We're off the record at 2:36 p.m.
17      (Brief recess.)
18      THE VIDEOGRAPHER: This is tape number
19 three. We're back on the record at 2:51 p.m.
20 BY MS. BOWMAN:
21   Q   Mr. Grzeskowiak, we've been talking about
22 the functions of the data integrity group within
23 your insurance tracking operation. And would it be
24 correct to say that the field in the AS400 CTNPOL
25 for -- which relates to lender placed insurance is

Page 79

1  only populated one of two ways, through the
2  automated system based on in- -- incoming insurance
3  documents, or by somebody in your group that does it
4  manually based on some exception report or some
5  inquiry?
6    A   Correct.
7    Q   Is there anyone outside of your group in
8  the automated processes in place -- put in place by
9  your group that would be making changes to the
10 CTNPOL field in the AS400 and affecting lender
11 placed policies?
12   A   No.
13   Q   Whether it's the -- someone in the data
14 integrity group or someone in one of the other
15 analysis groups within your insurance tracking
16 organization, what information about the borrower's
17 loan file and insurance activities do those folks or
18 do that personnel have access to when they are
19 answering an inquiry or clearing an exception?
20   A   They have access to most information. And
21 I'm trying to think what information they wouldn't
22 have access to and I'm drawing a blank.
23   Q   Okay. Would they have all -- access to
24 all of the information about a particular loan and
25 borrower in the AS400 system?

Page 80

1    A   I guess I'm not understanding that
2  question.
3    Q   Sure. If -- if somebody in your group was
4  analyzing an -- an exception on one of the reports
5  and they needed to look at other information within
6  the AS400 to determine whether or not to cancel a
7  lender placed policy or how to answer the borrower's
8  question, would they have the -- would they have
9  available to them all of the information in the
10 AS400 system, or would it be only the information in
11 the insurance portion of the AS400 system?
12   A   I'm struggling with that question. I'm --
13 it's not clear to me exactly what we're looking for
14 here.
15   Q   I'm just saying -- I'm just asking you,
16 when they're working on a question that's come to
17 them, based -- you know, for a need for information
18 or a need to answer a borrower's inquiry or an
19 agent's inquiry about insurance issues, do they have
20 access to all of the information about that loan
21 that -- that would appear anywhere in the AS400
22 system?
23   A   I would need you to be more specific.
24   Q   Okay. For example, could they access the
25 customer service representative's notes of

Page 81

1  conversations with the borrower?
2    A   Yes.
3    Q   Could they access the -- any information
4  that would have been entered by the -- say, the lost
5  mitigation or foreclosure group?
6    A   No.
7    Q   Okay. So then what are the categories of
8  information that they would have access to?
9    A   The information that they need.
10   Q   Okay. But you said they have access to
11 the customer service information and the insurance
12 activities information; is that correct?
13   A   Correct.
14   Q   Okay. Is there any other grouping of
15 information, like escrow information, that they
16 would have access to because they needed it?
17   A   Yes.
18   Q   What other categories of information would
19 they have access to?
20   A   The loan history information.
21   Q   Any other categories?
22   A   The account status.
23   Q   What would that show?
24   A   The current information regarding that
25 particular borrower.

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 82

1    Q   Like contact information and the like?
2    A   Yes.
3    Q   Any other categories of information?
4    A   That's the information they would need to
5  handle the insurance.
6    Q   Would they have access to any of the
7  original insurance documents that were submitted
8  with the original loan?
9    A   Some individuals, yes.
10    Q   You mean, some individuals within your
11  group would have access to those documents?
12    A   Yes.
13    Q   Okay.  And what -- what group would they
14  be in?
15    A   Exception processing.
16    Q   Any others?  Like the data integrity
17  group?
18    A   I do not believe that the data integrity
19  group would need it.
20    Q   How would the exception processing group
21  have access to those original loan documents?  How
22  would they get that -- those documents?
23    A   Through an imaging system.
24    Q   Does the imaging system have a name?
25    A   "I portal," P-O-R-T-A-L, portal.

Page 83

1    Q   And how would they access those images?
2  Just by loan number?
3    A   Yes.
4    Q   You indicated that there was a group that
5  was created in 2003 for flood tracking.  What does
6  that group do?
7    A   They work exception queues that have been
8  built to ensure that Countrywide Bank loans are
9  appropriately following the National Flood Act
10  guidelines.
11    Q   When you say Countrywide Bank loans, do
12  you mean loans underwritten by Countrywide itself
13  where they would have the risk associated with that
14  loss?
15    A   Countrywide Bank.
16    Q   Not Countrywide Home Loans?
17    A   Correct.  The requirement is that all
18  banking -- banking organizations follow the Flood
19  Act.
20    Q   Okay.  Now, how are -- how is what they're
21  doing different from the flood date roll function of
22  the data integrity group?
23    A   The flood unit is looking more at coverage
24  amounts, looking to ensure that they're following
25  the -- the National Flood Act guidelines regarding

Page 84

1  coverage amounts.
2    Q   Insofar as requiring certain levels of
3  insurance to be carried on -- on properties that are
4  secured by loans held by Countrywide Bank?
5    A   Yes.
6    Q   And that -- does that include both
7  independent insurance -- independent flood insurance
8  and lender placed insurance -- lender placed flood
9  insurance?  They're doing it for both?
10    A   I'm not understanding that question.
11    Q   Sure.  You indicated that one of the
12  things that they do is ensure that appropriate
13  coverage amounts are in place on properties secured
14  by loans by Countrywide Bank.  And do they do that
15  both for preferred flood insurers and -- and lender
16  placed policies?
17    A   No.
18    Q   Okay.  What do they do that for?
19    A   For the preferred.
20    Q   In connection with the placement of flood
21  lender placed policies, is that done through Balboa?
22    A   No.
23    Q   So if, for instance, your mail services
24  group received information about the cancellation of
25  a flood policy in connection with a particular loan

Page 85

1  and that information was then populated into the
2  AS400 and, as a result of the cancellation, a F was
3  assigned to the CTNPOL field, what would happen with
4  that information in order to result in a lender
5  placed policy?  Is it subject to the same scan, the
6  INS603 scan?
7    A   Yes.
8    Q   And would that INS603 scan communicate
9  with some other system other than Balboa's CCS
10  system?
11    A   No.
12    Q   So what would happen when there was an
13  indication for a force placed policy -- a
14  force placed flood policy?  Would CCS -- the CCS
15  system then do something else with it?
16    A   Yes.
17    Q   Okay.  What happens there?
18    A   The CCS system would forward that request
19  to the flood lender placed carrier who will write
20  that.
21    Q   So the request itself still goes through
22  Balboa's system, but Balboa, as a insurance company,
23  does not issue flood lender placed policies?
24    A   Correct.
25    Q   They do, however, arrange for the issuance

Page 86

1  of the lender placed policies and then communicate
2  that back to -- to the AS400 system?
3      MR. HELLER: Object to the form.
4      THE WITNESS: I didn't understand the
5  question.
6  BY MS. BOWMAN:
7      Q  Sure. The Balboa system arranges for
8  issues or requests for the flood lender placed
9  policy to another insurer, another lender -- a
10 lender placed insurance company and then
11 communicates the results of that back to the AS400
12 system?
13     A  Correct.
14     Q  Why was there a special group that was
15 created to do that in 2003? Was that the same year
16 as the act became effective?
17     A  No.
18     Q  Why was that group created?
19     A  That's approximately the time where
20 Countrywide Bank was formed.
21     Q  So it was a special insurance tracking
22 unit to support loans secured by Countrywide Bank?
23     A  Correct.
24     Q  There's a -- group that's identified on
25 Exhibit 3 called the premium administration

Page 87

1  functions group. Do you see that?
2      A  Yes.
3      Q  That wasn't one of the ones we had named,
4  although, obviously, you didn't have this in front
5  of you. What does that group do?
6      A  It's part of the data integrity group, and
7  they are primarily responsible for all of the
8  associated issues -- exceptions regarding lender
9  placed payments.
10     Q  And when was that group created?
11     A  It's been in existence prior to me even
12 coming with Countrywide.
13     Q  Okay. Now, just as an example, there's
14 a -- a report here called duplicate coverage report,
15 CHL?
16     A  Correct.
17     Q  What is that?
18     A  That would be where we may have two -- two
19 lender placed policies for the exact same coverage.
20     Q  And they get a note -- some sort of
21 electronic notification that -- that that has
22 happened?
23     A  Correct.
24     Q  And how would that happen?
25     A  The easiest way to explain it would be,

Page 88

1  you own a property. It has a front property and a
2  back property. You have two structures on that
3  house. I guess they call it a guest house. And
4  it's extremely possible that those two houses may or
5  may not be covered by the same policy, the same
6  preferred policy.
7      So if one cancels, the other one doesn't,
8  or if they both cancel, we want to make sure that
9  we're not duplicating coverage.
10     Q  And that's just something that's not
11 naturally caught by the business rules because it's
12 an unusual circumstance?
13     A  Correct.
14     Q  Is there any other kind of circumstances
15 where you would get a report of duplicative
16 coverage?
17     MR. HELLER: Object to the form.
18     THE WITNESS: Prior to 2007, we may have a
19 situation where we have a wind -- a potential
20 wind and a potential hazard where there were
21 two hazard policies that were issued.
22 BY MS. BOWMAN:
23     Q  Okay. And by two hazard policies, you
24 mean two lender placed hazard policies?
25     A  Yes.

Page 89

1      Q  Okay. That would show up on the duplicate
2  coverage report?
3      A  Yes.
4      Q  And what would the person who was
5  examining that part of the queue, if that happened,
6  that came up, if there was two hazard -- lender
7  placed hazard policies, what would they do in that
8  circumstance?
9      A  They would review the situation and try
10 and correct it by making outbound phone calls
11 possibly to obtain insurance. If they couldn't
12 obtain the insurance, then they would cancel one of
13 the lender placed policies and keep the other one
14 out there because we weren't able to obtain any
15 preferred insurance.
16     Q  In what circumstances would you be --
17 Countrywide -- be obtaining preferred policies on
18 behalf of a borrower?
19     MR. HELLER: Object to the form.
20     THE WITNESS: Whenever we make an outbound
21 phone call, we're trying to obtain that
22 information.
23 BY MS. BOWMAN:
24     Q  Okay. So you're not talking about
25 actually obtaining the insurance; you're talking

Page 90

1  about obtaining information about the insurance?
2      A   To me, it's one and the same.
3      Q   So in a situation where you had a lender
4  placed hazard policy that was placed as a result of
5  the cancellation of a wind policy and a hazard
6  policy, you would eliminate one of the two lender
7  placed hazard policies?
8      MR. HELLER:  One second.  (Pause.)
9      THE WITNESS:  Correct.
10 BY MS. BOWMAN:
11     Q   So the results of that would be that there
12 would be only one lender placed premium that would
13 be assessed back against the customer?
14     A   Correct.
15     Q   Would the duplicative coverage report show
16 an instance where there was a preferred hazard
17 policy in place, or homeowner's policy in place, and
18 a lender placed hazard policy?
19     A   I'm not understanding that.
20     Q   Sure.  Would the duplicative coverage
21 report also include circumstances where there was a
22 preferred homeowner's policy in place for a period
23 of time -- for a coverage period, and at the same
24 time there was a lender placed policy that covered
25 that same period?

Page 91

1      A   No.
2      Q   So the only thing that the duplicative
3  coverage report is showing is when there's two
4  lender placed policies associated with a single
5  loan?
6      A   Correct.
7      Q   Why did you say that would only -- would
8  only have occurred prior to 2007?
9      A   December of 2007 was when a product was
10 available for wind only.
11     Q   Okay.  So you wouldn't have a report that
12 showed two hazard policies -- to lender placed
13 hazard policies because you could purchase two
14 separate policies for -- to cover a missing wind and
15 a missing hazard policy?
16     A   I didn't understand that.
17     Q   Okay.  You're saying that since -- since
18 December 2007, there is -- there are no longer
19 duplicative coverage reports?
20     MR. HELLER:  Object to the form.
21     THE WITNESS:  There are duplicate coverage
22 reports.
23 BY MS. BOWMAN:
24     Q   Okay.  You're just saying that the
25 circumstances where a lender placed policy was

Page 92

1  issued -- lender placed hazard policy was issued to
2  cover wind and a lender placed hazard policy was
3  issued to cover hazard would not have -- would not
4  result after 2007?
5      MR. HELLER:  Object to the form.
6      THE WITNESS:  Correct.
7  BY MS. BOWMAN:
8      Q   What do the duplicative coverage reports
9  still capture now?
10     A   Two lender placed policies for the same
11 type on the same loan.
12     Q   And how would that happen?
13     A   As I mentioned earlier, about the front
14 and back properties.
15     Q   What does the bypass group do?
16     A   The bypass group will review exceptions
17 that are generated on escrowed loans where a change
18 in premium effective dates and, I believe, policy
19 number has occurred, but we didn't make a payment.
20     Q   And who -- would -- would it have been
21 somebody in your group that would have been making
22 the changes in the -- in the escrow information
23 regarding a policy term or a premium amount?  Would
24 that have come in through your group -- insurance
25 information that would have come in through your

Page 93

1  group?
2      A   Yes.
3      Q   And then you just -- you get a -- a queue
4  or a report that says there was a change to this
5  insurance information but there's been no payment
6  issued?
7      A   Correct.
8      Q   And is -- is that -- that is generated --
9  is an automated generation from the escrow
10 information in AS400?
11     A   Yes.
12     Q   Is there a particular scan or something
13 that's being performed to capture that information?
14     A   It's another nightly process that runs.
15     Q   And then you indicated in 2006 there was a
16 wind tracking group that was created?
17     A   Correct.
18     Q   And what do they do?
19     A   They will review insurance policies for
20 properties that are located in a high whisk --
21 excuse me -- a high risk wind area to ensure that
22 there is the appropriate wind coverage on the
23 property.
24     Q   And how -- how is it that they obtain
25 those policies?  Are you talking about policies

Page 94

1  coming in through the mail services group?
2      A   Yes.
3      Q   And what -- what is it that would result
4  in their review of a -- a particular policy
5  associated with a particular loan? Would it be
6  simply information coming in to your group from the
7  insurance company, or would there be some other
8  reason to trigger their review of an insurance
9  policy?
10     MR. HELLER:  Object to the form.
11     THE WITNESS:  It's primarily information
12     received from the insurance company on the
13     documents that we receive.
14  BY MS. BOWMAN:
15     Q   Is there any other trigger that would
16  cause them to review a particular policy to
17  determine whether there was appropriate wind
18  coverage?
19     A   Other than --
20     Q   Other than a document coming in from an
21  insurance company?
22     A   Actually, it's any updates to the AS400,
23  whether it's from an insurance document or customer
24  service may have updated some information.
25     Q   What would -- what entry -- kind of

Page 95

1  entries would customer service make that would
2  trigger a review of a particular policy by the wind
3  tracking group?
4      A   As mentioned before, with -- customer
5  service receives a call from insurance carrier,
6  borrower or agent to make a payment, they're
7  obtaining all of that insurance information and
8  updating it in the system. We're making the
9  payment. So that update could cause it to come into
10  the wind queue.
11     Q   Why was that group created in 2006?
12     A   The -- it's primarily because of the
13  devastation of the -- the last couple of years,
14  2004, 2005, with all the earthquake -- earthquakes,
15  listen to me -- all the hurricanes that occurred.
16  And it's a requirement of -- it's an insurance
17  requirement of the lenders and the investors that
18  the properties are protected against windstorm.
19     Q   Was there anybody that was reviewing
20  policies for that purpose prior to 2006?
21     A   Yes.
22     Q   Who was that? What group was that?
23     A   It would be exception processing. It went
24  through the business rules, and the business rules
25  identified that there was a wind exclusion or

Page 96

1  inclusion on the homeowner policy and it would kick
2  out an exception for them to review, to insure.
3      Q   So before it would have gone to someone
4  in -- likely in the data integrity group?
5      A   No.
6      Q   Who -- who would have --
7      A   Exception processing.
8      Q   And what was it in the business rules
9  prior to 2006 that would have resulted in that being
10  identified to the exception processing group as a --
11  the question about whether there was adequate wind
12  coverage?
13     MR. HELLER:  Object to the form.
14     THE WITNESS:  I didn't understand the
15     question.
16  BY MS. BOWMAN:
17     Q   Sure. What is it -- is it in the business
18  rules that would have created an exception relating
19  to whether there was adequate wind coverage that
20  would have gone to the exception processing group?
21     MR. HELLER:  Object to the form.
22     THE WITNESS:  It would be identified
23     through either the extraction from the template
24     or the data entry group.
25

Page 97

1  BY MS. BOWMAN:
2      Q   Why -- why was it that a separate group
3  was created in 2006? Just volume?
4      MR. HELLER:  Object to the form.
5      THE WITNESS:  Based on the 2004, 2005
6      hurricane -- hurricanes, and the potential of
7      it getting worse, it was created to properly
8      track and follow the investor guidelines to
9      ensure that there is wind.
10  BY MS. BOWMAN:
11     Q   Was there a determination, prior to the
12  institution of this group in 2006, that the current
13  systems were not adequately -- adequately capturing
14  the absence of wind coverage in the regular
15  processing of insurance information coming into your
16  group?
17     MR. HELLER:  Object to the form.
18     THE WITNESS:  I didn't understand the
19     question.
20  BY MS. BOWMAN:
21     Q   Sure. Prior to 2006, when this group was
22  created, was there some sort of indication that the
23  current process or the then in-place process
24  prior -- prior to '06 was not adequately capturing
25  the absence of wind coverage on -- on properties

Page 98

1  appropriately?
2      MR. HELLER: Object to the form.
3      THE WITNESS: No.
4  BY MS. BOWMAN:
5      Q   Was there any indication that there were
6  significant losses associated with the 2004 or 2005
7  storms that came to your attention, where it was
8  later determined that there was not adequate wind
9  coverage on those properties even though you had
10 been tracking them?
11     MR. HELLER: Object to the form.
12     THE WITNESS: No.
13 BY MS. BOWMAN:
14     Q   Who made the business -- sorry.
15     Who made the business decision to add that
16 group, the wind tracking group?
17     A   It was actually one of my managers and --
18 primarily one of my managers that had the idea and I
19 presented it, and it was acceptable.
20     Q   Do you know what the basis was for the
21 idea that you needed a -- a group to do that?
22     MR. HELLER: Object to the form.
23     THE WITNESS: The risk that -- that we
24     could have.
25

Page 99

1  BY MS. BOWMAN:
2      Q   In connection with the templates that were
3  in place prior to 2006 for OCR of incoming insurance
4  documentation, was there a change made to those
5  templates in order to capture information that would
6  result in a particular loan being identified into
7  the wind tracking queue?
8      A   Changes to templates occur -- could occur
9  daily. The templates have been capturing wind
10 exclusion information since 1997 -- '96, '97.
11     Q   In the beginning of 2006, did -- did the
12 company change the templates or the way it was
13 capturing that information, or just where it was
14 directed to?
15     A   Neither. Templates, as I mentioned, could
16 change daily. So 2006 had nothing to do with
17 templates changing. Templates are changed because
18 information may be in a different spot on a
19 document; the information may be available on the
20 document. So 2006 had nothing to do with templates.
21     Q   Okay. I'd like to understand how a new
22 loan first comes in to the insurance tracking group.
23 In other words, let's start with Countrywide Home
24 Loans, or one of their brokers closes a loan for
25 Countrywide -- underwritten by Countrywide.

Page 100

1      How does -- when does that loan
2  information or insurance information first come to
3  the insurance tracking group?
4      A   Once the loan funds, once the loan is
5  boarded to the AS400, it will have insurance
6  information in the AS400.
7      Q   Uh-huh. And that would be in -- in the
8  insurance activity section?
9      A   Yes.
10     Q   And then as far as the -- the insurance
11 tracking group, your group, having anything to do
12 with that particular loan, that would just be based
13 on incoming information from -- from a customer
14 service representative or an insurance company or
15 borrower about the insurance in connection with that
16 loan?
17     A   Correct.
18     Q   Okay. Is there any -- you talked about
19 when the loan is loaded into the AS400 system. Is
20 that done in any part by your group?
21     A   No.
22     Q   Who does that?
23     A   The loan origination group, the
24 origination offices.
25     Q   And is there any check -- at the time that

Page 101

1  the loan is originally loaded into the AS400, is
2  there any check by the insurance tracking group
3  concerning the adequacy of the information that has
4  been loaded into the AS400?
5      A   No.
6      Q   Is there any other group that does that?
7      A   There are programs that will run after
8  boarding that may identify incomplete information,
9  missing information.
10     Q   And do you know who reviews that
11 information?
12     A   Again, it's an automated process which
13 will request the document, the insurance document,
14 that was used at closing, which will then be passed
15 to my data capture group, who will data into (sic)
16 the information and go through the business rules.
17     Q   So somebody in your data capture group
18 would actually get some sort of information
19 exception that they would review?
20     A   No.
21     Q   Okay. What -- what is it that they would
22 receive?
23     A   The insurance document that was used at
24 closing.
25     Q   And is that a -- is that an automated

Page 102

1  process where there's information about the
2  insurance that's missing from the -- from the
3  boarding scan, so it automatically sends the
4  insurance documentation to your group?
5      MR. HELLER: Object to the form.
6      THE WITNESS: Correct.
7  BY MS. BOWMAN:
8      Q   But if there was not -- if in the -- in
9  the context of the boarding scan, all of the
10 insurance field required information was
11 appropriately scanned into the system, then there
12 would be nothing that would come to your group in
13 order to check the accuracy of that information as
14 it related to the insurance documents that were
15 issued at closing?
16     MR. HELLER: Object to the form.
17     THE WITNESS: Correct.
18 BY MS. BOWMAN:
19     Q   And would there be any other group that
20 would look at that -- at those? In other words, it
21 seems like the scan went perfectly appropriately,
22 all the insurance fields are filled; does anybody go
23 back and check that against the closing documents?
24     A   No.
25     Q   When a -- a loan is initially boarded onto

Page 103

1  the AS400 system, does the insurance department or
2  your group issue any information to the borrower
3  regarding insurance requirements or anything else?
4      A   I didn't understand the question.
5      Q   Sure. When a new loan is boarded into the
6  system so that it becomes a part of the -- a part of
7  the loan for which you're doing insurance tracking,
8  is there anything that's automatically issued to
9  the -- to the borrower concerning insurance
10 requirements?
11     A   No. That is done prior to closing.
12     Q   In connection with, say, an acquisition of
13 a group of loans from lender ABC, that would then be
14 boarded into the AS400 system and become a part of
15 the loans that you're engaging in insurance tracking
16 for; is that correct?
17     A   Yes.
18     Q   Okay. And it would be correct to say that
19 Countrywide Home Loans requires groups of loans from
20 other lenders for purposes of servicing those loans?
21     A   Yes.
22     Q   And part of that servicing would be the
23 insurance tracking that you engage in?
24     A   Yes.
25     Q   When that -- when that occurs, when it's

Page 104

1  not coming through Countrywide as the closing agent,
2  or as the closing lender, but it's a group of loans
3  that's come from a completely different lender, does
4  Countrywide issue any information to borrowers about
5  insurance requirements?
6      A   No.
7      Q   Would -- would those loans be scanned into
8  the AS400 system or loaded into the AS400 system in
9  the same way as a Countrywide loan?
10     A   No.
11     Q   How are they loaded into the system when
12 you buy a pool of loans -- when Countrywide buys a
13 pool of loans?
14     A   It's usually an electronic transfer from
15 the seller to the buyer. So from XYZ to
16 Countrywide, it's an electronic transfer of
17 information.
18     Q   Okay. And the electronic information goes
19 into the AS400 system?
20     A   Yes.
21     Q   And it would -- and would it work the same
22 way, that the only time you would be alerted in the
23 insurance tracking group to an exception or issue
24 with regard to the loading of that pool of loans,
25 would be if there was information about insurance

Page 105

1  that was missing in the AS400 system, then you would
2  get a copy of the original insurance documents?
3      MR. HELLER: Object to the form.
4      THE WITNESS: Those loans --
5  BY MS. BOWMAN:
6      Q   Uh-huh.
7      A   -- run through the same rules that
8  Countrywide originated its run through, a day or two
9  after boarding, to identify that incomplete
10 information.
11     Q   So when those acquired loans were boarded
12 into the system, your exception processing group
13 would only get an indication to look at that
14 newly-acquired loan if there was some problem with
15 the insurance information as loaded into the AS400
16 system?
17     MR. HELLER: Object to the form.
18     THE WITNESS: No.
19 BY MS. BOWMAN:
20     Q   No?
21     A   (Witness shakes head.)
22     Q   You wouldn't get any information about
23 those loans?
24     MR. HELLER: Object to the form.
25     THE WITNESS: I'm not understanding your

1    question.
2    BY MS. BOWMAN:
3        Q    Okay.  When the acquired loans are boarded
4    into the system, into the AS400 system, would there
5    be circumstances in which your group would get
6    information about inadequate insurance information
7    and a copy of the original insurance documents
8    associated with that loan?
9        A    If it's missing information, same as the
10   Countrywide boarded loans, it would make a request
11   for the document that was used at closing, and that
12   would go to data capture.  Data capture would enter
13   that information.
14       Q    And is it also correct, with acquired
15   loans, your group does not go in and review each of
16   those loans to compare and make sure that the
17   closing documents match the electronic information
18   in the AS400?
19       A    Correct.
20       MS. BOWMAN:  If we can go off the record
21   for just a minute.
22       THE VIDEOGRAPHER:  We're off the record at
23   3:42.
24       (Off the record.)
25       THE VIDEOGRAPHER:  This is tape number

1    four.  We're back on the record at 4:09 p.m.
2    BY MS. BOWMAN:
3        Q    We've been talking about the insurance
4    tracking business rules that are in the Track Source
5    database.
6        A    Yes.
7        Q    And I had asked the question about if you
8    wanted a word processing document that laid out the
9    business rules that were being applied by that
10   computer system, who would you go to, and you
11   identified one of the managers of the IT department?
12       A    Yes.
13       Q    It -- do you know how often since 2003
14   those business rules have been changed or
15   reprogrammed?
16       A    Through our many processes that we have
17   reviewing items from a quality control standpoint,
18   we may see issues with the business rules or
19   concerns with the business rules, and we would
20   submit a request to change it.  How many times has
21   that happened, I -- I don't have an answer for you.
22       Q    How would you submit the request for a
23   modification of the business rules?
24       A    Through a change request.
25       Q    And that would go to the IT department?

1        A    Yes.
2        Q    And would you have a electronic record of
3    those change requests?
4        A    I don't know.
5        Q    How do they get issued to the IT
6    department from your group?
7        A    It is a database.  Once a change is made,
8    I'm not sure what happens with that request.
9        Q    If there was going to be a change to the
10   business rules for the Track Source system, would
11   that have to be -- would that request be made
12   directly by you?
13       A    No.
14       Q    Who would make the request?
15       A    It could be any one of my employees.
16       Q    Would it have to be a request that was
17   approved by you before it was sent to the IT
18   department?
19       A    Yes.
20       Q    And how would that come to you for
21   approval?
22       A    It would primarily happen in a
23   face-to-face meeting with one of my employees about
24   what the issue might be --
25       Q    And --

1        A    -- and what change they were thinking of
2    putting in.
3        Q    I'm sorry, I didn't mean to interrupt.
4            And how would they communicate then?  If
5    you approved and said, yes, let's do that, how would
6    they communicate that request to the IT department?
7        A    It would be put into that database.
8        Q    What database is that?
9        A    Change request database.
10       Q    Is that something that they can do from
11   their desktop?
12       A    Yes.
13       Q    And you don't know, at least sitting here
14   today, whether that change request is stored at all
15   on your side of the system?
16       A    Correct.
17       Q    And you likewise don't know whether the
18   change request is stored by the IT department?
19       A    Correct.
20       Q    Something that would be pretty easy to
21   figure out or to find out?
22       MR. HELLER:  Object to the form.
23       THE WITNESS:  Yes.
24   BY MS. BOWMAN:
25       Q    Who would you ask?

Page 110

1   A   Probably start with Mike McKenzie.
2   Q   Who -- who was the manager that brought
3  you the idea to start the wind tracking unit?
4   A   Summer Lee.
5   Q   First name, S-U-M-M-E-R?
6   A   Yes.
7   Q   And last name Lee, L-E-E?
8   A   Correct.
9   Q   And what -- was she already an employee of
10  yours?
11   A   Yes.
12   Q   And what was her position?
13   A   She's VP of insurance integrity.
14   Q   Is she located in Fort Worth, Texas, with
15  you?
16   A   Yes.
17   Q   You talked about the requirement for wind
18  coverage in -- using your word -- a high risk area;
19  is that --
20   A   Yes.
21   Q   -- correct?
22      Who defines high risk areas?
23   A   Primarily the insurance services offices
24  around the country.
25   Q   Okay.  You mean CHL?

Page 111

1   A   No.
2   Q   Okay.  What -- who do you mean by
3  insurance services offices around the country, then?
4   A   The insurance regulators in the states.
5   Q   Do you have some sort of a map or listing
6  of what constitutes a high risk area for purposes of
7  wind?
8   A   Based on not only the insurance services
9  office, but also my experience for doing this a
10  number of years, we know that Hawaii, Texas, the
11  Gulf Coast states, Florida up through the East
12  Coast, are areas that we know that insurance
13  carriers do exclude wind from their homeowner
14  policies in those states.
15   Q   I understand, based on your experience,
16  that you would have -- you would have certain
17  knowledge about how high risk is characterized.  My
18  question is, is there -- is there a list somewhere
19  in your group or inside Countrywide Home Loans that
20  identifies the states and/or portions of states
21  that are high risk areas for purposes of wind, kind of
22  similar to a FEMA map for flood?
23   A   No.
24   Q   Do you -- do you -- does either your group
25  or someone that you know in Countrywide Home Loans

Page 112

1  provide information to borrowers concerning whether
2  they live in a high risk area?
3   A   No.
4   Q   In connection with the insurance tracking
5  that is performed by your group, is it accurate to
6  say that if the business rules or one of the
7  exception reports do not capture a inadequacy in the
8  insurance, then it simply slips through the system?
9      MR. HELLER:  Object to the form.
10      THE WITNESS:  No.
11  BY MS. BOWMAN:
12   Q   How would that come to someone's attention
13  if it's not captured by your group?
14   A   I would need you to be more specific about
15  the in- -- inadequacy in order to answer your
16  question.
17   Q   Let me ask it this way:  A request for the
18  placement of a lender placed policy, that either is
19  accomplished by the business rules inside your
20  tracking unit or done manually by someone in your
21  group; is that correct?
22   A   I didn't understand that.
23   Q   Sure.  The -- the initialization of a
24  request for a lender placed policy populating the --
25  the CTNPOL field in AS400, that happens one of two

Page 113

1  ways; it's either done through the automated system
2  by the business rules, right, once you receive
3  insurance documentation in through your group, or
4  it's done manually by someone in your group as a
5  result of an inquiry or an exception?
6   A   Correct.
7   Q   And then if there was insurance
8  information and no recognized inadequacy in that
9  information, there would be no one else outside your
10  unit that would be calling for the issuance of
11  lender placed insurance?
12      MR. HELLER:  Object to the form.
13      THE WITNESS:  Correct.
14  BY MS. BOWMAN:
15   Q   So, for example, if an insurance -- if
16  insurance information came in to your group
17  regarding the renewal of a homeowner's policy and it
18  was scanned in by the mail group and the template
19  populated appropriately or was corrected by the data
20  entry group, but there was some inadequacy, in other
21  words, like, say, for instance, the coverage wasn't
22  high enough, if your group didn't catch that, it
23  would not be caught by any other group; is that
24  right?
25      MR. HELLER:  Object to the form.

1    THE WITNESS: No.
2  BY MS. BOWMAN:
3    Q   Okay. Who else would potentially catch
4  the under-insurance of that property?
5    A   It could be caught -- again, I need you to
6  be specific about, you know, the type of policy or
7  something more, to answer that correctly
8  100 percent.
9    Q   For example, you have a renewal policy
10  that comes in, and the coverage amount on the
11  renewal policy is equal to the amount of the
12  existing loan, but not identical to the coverage
13  that was in place in the prior year; does anybody
14  else check that if you don't catch it?
15    A   For that specific reason, no.
16    Q   And as another example, if a homeowner's
17  policy comes in and it goes through your automated
18  business rules and no exception is created, it just
19  processes through the business rules and is accepted
20  as adequate insurance on the property, but actually
21  has a wind exclusion, if the business rules didn't
22  capture it and no exception was created, then would
23  anybody else look at that?
24    A   Yes.
25    Q   Who?

1    A   Wind tracking.
2    Q   As of 2006?
3    A   Correct.
4    Q   How would they know to look at it if there
5  was no -- if it -- if it passed through the business
6  rules with no exception?
7    A   The answer to your question was based on
8  the automated business rules with a document coming
9  in.
10    Q   Okay.
11    A   If that didn't capture it, that there was
12  an exclusion, it went right through the business
13  rules, updated the AS400, as we talked about
14  earlier, the wind tracking unit, there's rules on
15  the AS400 to identify changes to properties within
16  the high risk area, the coastal states, like I had
17  mentioned, including Hawaii, it would kick out.
18    Q   What do you mean by changes?
19    A   I believe it's written here as well.
20  (Reviewing document.)
21    Okay. If a policy comes in -- I should
22  say a document comes in and it has a wind exclusion
23  and it's in one of those high risk areas, I'm
24  assuming, based on your question, that there was a
25  change because wind is now excluded. Because of

1  that change in that policy, it updated the AS400,
2  there was a change, AS400 flagged it, it's in a high
3  risk area for wind -- oh, we better check it, take a
4  second look at it.
5    Q   What if there was no change to the policy,
6  it was the policy that was always in place?
7    A   Again, because it updated the AS400, it
8  would still be flagged that an update occurred. And
9  I go back to, if it meets the criteria for those
10  states, it would be presented to the wind tracking
11  queue to review.
12    Q   Okay. What -- what are the business rules
13  in the AS400 that would cause that to happen?
14    A   An update occurred to an insurer -- to a
15  property --
16    Q   Now --
17    A   -- to a property that's located in one of
18  these areas.
19    Q   So would it be any -- and when you say an
20  update occurred, would that be -- could be simply
21  renewal information for a subsequent period? Would
22  that constitute an update?
23    A   Yes.
24    Q   Was that happening prior to 2006?
25    A   Prior to two thousand -- no.

1    Q   So the two triggers for the AS400 to send
2  a review to the wind tracking group would be an
3  update occurred on -- in connection with insurance
4  on a property that's address is identified as being
5  in a high risk area?
6    A   Correct. And let me add to that: And
7  doesn't already have a wind line built.
8    Q   Meaning, there's -- there's only one
9  insurance line for whatever homeowner's insurance it
10  is?
11    A   There's a homeowner line and a wind line
12  if wind is excluded.
13    Q   So in the business rules in the AS400 that
14  is producing the queue for the wind tracking group
15  as of 2006, you have an update on a property in a
16  high risk area that doesn't already have a separate
17  wind line, and then that gets sent to them for
18  review; is that right?
19    A   Correct.
20    Q   Is it fair to say that one of the purposes
21  of engaging in the insurance tracking is indeed to
22  notify borrowers if you get information about their
23  insurance company appears to be in the process of
24  canceling their insurance and that there may be a
25  need for a lender placed policy if they don't renew

Page 118

1    that policy or obtain a different policy?
2        A   Could you repeat that, please?
3        Q   Sure.  Is it part -- part of the insurance
4    tracking operation, one of your goals is to let
5    customers know that there's been some sort of a
6    change to the status of their insurance such that
7    you may -- you think there may be a need for a
8    lender placed policy to allow them to go out and
9    either obtain a renewed preferred policy or make
10   sure they have adequate insurance in place?
11       A   The borrower, slash, insured are receiving
12   the exact same information we're receiving, so they
13   should already be aware of it, that that's
14   occurring.  However, as a customer service, we will
15   send out -- as with lender placement, there's a
16   letter cycle that will send notices to the borrower
17   letting them know that we don't have adequate
18   insurance information.
19       Q   Are any of the employees in your group
20   actually employed by Newport?
21       A   I go back to earlier this afternoon where
22   Newport is the management company that the contract
23   between the -- you know, CHL, the lender, and the
24   tracking organization.  I know of no employees that
25   are listed under Newport Management Corporation.

Page 119

1        Q   And are -- and the employees in your
2    tracking -- insurance tracking group, they all get
3    paid by Countrywide Home Loans?
4        A   Correct.
5        Q   And perform both sides of the
6    Newport/Countrywide contract?
7        A   I didn't understand that.
8        Q   They -- they perform Newport's side of the
9    Countrywide/Newport contract for insurance tracking?
10       A   They perform -- yes, they perform the
11   insurance tracking for Countrywide under that
12   contract.
13       Q   Okay.
14           (Exhibit No. 4 marked for identification.)
15   BY MS. BOWMAN:
16       Q   I've handed you what has been marked as
17   Exhibit 4 for purposes of the corporate depositions
18   today.  Can you tell me what this is?
19       A   Based on what I'm reading, the insurance
20   services and outsourcing agreement.
21       Q   Between?
22       A   Between Newport Management and Countrywide
23   Home Loans.
24       Q   Okay.  This contract is dated November 1,
25   2001.  Do you see that?

Page 120

1        A   Yes.
2        Q   And if you go to the back of the
3    document -- I'll tell you what page in just a
4    second -- it's Bates -- Bates page 151.
5        A   Yes.
6        Q   There's a January 1, 2007, amendment to
7    this agreement?
8        A   Yes.
9        Q   Are you aware of any other amendments or
10   changes to this agreement between that time period,
11   November 1 -- or November 2001 or -- and
12   January 2007?
13       A   I am not.
14       Q   Are you familiar with this contract?
15       A   I have seen it, yes.
16       Q   Do you, as a -- is it your understanding
17   that what your unit is doing is performing the
18   insurance tracking services that are delegated here
19   by Countrywide Home Loans to Newport in connection
20   with this agreement?
21       A   Yes.
22       Q   In the agreement -- I'm looking at Bates
23   page 127, agreement page four.
24       A   Yes.
25       Q   It appears that Countrywide Home Loans has

Page 121

1    agreed to pay a monthly service fee to Newport
2    Management Corporation for the performance of
3    insurance tracking services; is that correct?
4        A   Yes.
5        Q   Is that -- do those payments result in
6    your operation -- your operational budget?
7           MR. HELLER:  Object to the form.
8           THE WITNESS:  No.
9    BY MS. BOWMAN:
10       Q   Did -- did you have any role and
11   responsibility in negotiating that amount?
12       A   No.
13       Q   How is it that it is determined what your
14   operating budget will be in the insurance tracking
15   group insofar as costs, overhead, the hiring of
16   employees?
17       A   It's based on actuals --
18       Q   Actual costs?
19       A   Actual costs over the years.
20       Q   Is -- does it have -- since, say, 2003,
21   have you had a group that has increased in size or
22   diminished in size to perform the insurance tracking
23   services?
24       A   It's increased.
25       Q   Okay.  Could you give me an estimated

1  range of number of employees you've increased by
2  over that timeframe?
3      A   I actually couldn't.
4      Q   Does the number of employees have any
5  relationship to the volume of loans that you're
6  involved in the insurance tracking for?
7      A   Yes.
8      Q   And what is that relationship?
9      A   We are tracked on the number of loans --
10 or we do track the number of loans per employee that
11 they can process.
12     Q   And are there certain quotas or criteria
13 that are established for those employees to achieve
14 in order to accommodate the volume of insurance
15 tracking that you're doing?
16     A   There are standards in place.
17     Q   And if the total volume of loans goes up,
18 are you then permitted to add additional employees?
19     A   Yes.
20     Q   What is the number of loans that an
21 employee in the insurance tracking group is expected
22 to process on a daily basis?
23     A   It's not calculated that way.
24     Q   How is it calculated?
25     A   Based on each and every one of these

1  functions has a different standard.
2      Q   And are those standards in writing?
3      A   Yes.
4      Q   And are they -- are they provided to the
5  employee based on the standards that would be
6  applicable to them?
7      A   Yes.
8      Q   And it would just vary by their
9  operational function, correct?
10     A   Correct.
11     Q   So, for example, if you have somebody
12 in -- in the mail services group, you would expect
13 them to process a certain number of mail pieces a
14 day through the scanning system, and that associated
15 expectation would be the one that they would
16 receive; they would receive information about that
17 expectation?
18     A   Yes.
19     Q   So I'm a new hire in the mail services
20 group in the insurance tracking department and my
21 manager sits down with my training materials and
22 says, you're expected to process a thousand pieces
23 of mail a day, or an hour, or whatever it is; is
24 that how it would occur?
25     A   Yes.

1      Q   Okay.  And, again, that would be provided
2  in writing to the employee?
3      A   I apologize, I'm just struggling a little,
4  because it's not so much that it's the total number,
5  it's the percentage of standard that you're at,
6  which does take into consideration the volume that
7  they're doing.
8          But a new hire would be advised that they
9  would be at 50 percent of standard the first month,
10 75 the second month.  So it's really not you're
11 expected to do a thousand pieces; you need to be at
12 standard, a percentage of standard.
13     Q   Okay.  And what would -- and the standard
14 would be then what you would expect a -- a more
15 mature employee to be accomplishing on a routine
16 basis?
17     A   A average employee, yes.
18     Q   Okay.  If there is, for some reason, a
19 significantly higher volume of work that's -- that's
20 coming in, are -- is the expectation that that work
21 will still be accomplished by the existing staff or
22 is there some mechanism to immediately add staff?
23     A   Increases in volumes, as you described,
24 would usually be picked up by overtime.
25     Q   And are there any incentives or -- pay

1  incentives or non-monetary incentives associated
2  with -- with employees achieving the standard
3  expectations for their group?
4      A   Yes.
5      Q   What are those incentives?
6      A   There's a top performer program.
7      Q   And what can an employee who qualifies as
8  a top performer expect to receive?
9      A   They receive reward points.
10     Q   Which they can use for what?
11     A   They could purchase gift cards, they could
12 purchase material things.  It's a number of things.
13 Take a vacation, if you acquire enough points.
14     Q   And in order to qualify as a top performer
15 in connection with the standards associated with a
16 particular group, do those -- those people have to
17 achieve above those standards for a certain period
18 of time or is it different for each group?
19     A   Actually, that's two questions there, they
20 have two different answers.
21     Q   Okay.  Well, then, let's start with the
22 first one.  Do they have to achieve above the
23 standards?
24     A   No.
25     Q   What -- what is the achievement level

Page 126

1  that's to be required in order to be characterized
2  as a top performer?
3      A   The first criteria is 99 percent quality
4  or above.
5      Q   Which has to do with errors or mistakes?
6      A   Correct.
7      Q   Okay.  What's the next criteria?
8      A   Productivity.  We have multiple levels of
9  productivity, and that ranges, if you -- the first
10  level starts at 99 percent quality with 95 percent
11  to 98 percent productivity.  Then we have the next
12  level, which is 98.1 up to a hundred percent.  Then
13  there's a third level that's greater than
14  102 percent, I believe it is.
15      Q   And the number of points they would
16  achieve would just be different at the different
17  levels?
18      A   Correct.
19      Q   Is -- how often is that evaluated?  On,
20  like, a monthly -- is it a monthly review of
21  productivity and quality?
22      A   The rewards are provided monthly, yes.
23      Q   And where is the top performer program
24  laid out for employees?  Is it -- is it available to
25  them in their new employee information or is it --

Page 127

1  is it described by their manager?  How do the
2  employees find out about it?
3      A   I have a monthly department meeting with
4  my entire organization, and whenever we implement
5  something like this, we will present it during that
6  time period as the rewards are also being given out
7  during that time as well.
8      Q   And is it available in writing somewhere
9  for the employees to review as well once it's
10  implemented?
11      A   I don't believe that we have it published
12  in -- in anything that they could readily go and
13  look at.  However, they could talk to their
14  supervisors and their supervisors would have a copy
15  of it.  And when they meet with them on a daily or
16  weekly basis to discuss this information, they have
17  the opportunity to discuss those programs with the
18  employees.
19      Q   To your knowledge, has the contract that's
20  Exhibit 4 ever been terminated for any period of
21  time?
22      A   No.
23      Q   And as used in this contract, the servicer
24  is Countrywide Home Loans; is that right?
25      A   Correct.

Page 128

1      Q   And is -- is Newport fairly characterized
2  as a sub-servicer?
3      A   No.
4      Q   What is -- how should Newport be
5  characterized?
6      A   As the tracker.
7      Q   Is it fair to say that if Newport was not
8  obligated under this contract to perform insurance
9  tracking services, that Countrywide Home Loans would
10  have to do it themselves?
11      A   Could you repeat that, please?
12      Q   Is it fair to say that if Newport was not
13  contracted under this agreement, or some other
14  entity, for -- to perform insurance tracking, then
15  that would be the obligation of Countrywide Home
16  Loans as the servicer?
17      A   Yes.
18      Q   And on page two of the agreement that's
19  Exhibit 4, between Countrywide and Newport -- it's
20  also Bates page 2-125 -- there's a definition for
21  acceptable insurance.  Do you see that?
22      A   Yes.
23      Q   Could you -- could you read that
24  definition of this contract into the record, please?
25      A   "Acceptable insurance means binders,

Page 129

1  policies, certificates and endorsements of hazard
2  and flood insurance, naming as an insurer the
3  mortgagee and/or the servicer as mortgagee, provided
4  that acceptable insurance shall not include lender's
5  protection insurance and lender placed flood
6  insurance."
7      Q   Other than the definition that appears
8  here for acceptable insurance, is there other
9  information or resources available to the employees
10  in your group concerning what constitutes acceptable
11  insurance?
12         MR. HELLER:  Object to the form.
13         THE WITNESS:  There are the insurance
14     requirements that identifies adequate
15     insurance.  The way I'm reading this definition
16     here, this is an acceptable type of document.
17  BY MS. BOWMAN:
18      Q   Would -- would those employees have those
19  insurance requirements at their desk or available
20  electronically?  How would they know what they were?
21      A   It would be part of their training.
22      Q   And what kind of training do you do in --
23  in your group?  Is it -- are there -- is it like
24  kind of on-the-job training, or are there training
25  materials and sessions for employees with regard to

f6d1bf68-070a-4eec-aa8a-fc549787a1ff

Page 130

1   insurance tracking?
2       A   There's a little of both.  We have a
3   new hire process that will go over the basics of
4   insurance.  As an example, what is a binder, what is
5   a dec page, what is a cancellation, et cetera.  It
6   will also take them through the navigation of the
7   systems that we use.
8           And then there is continuous on-the-job
9   training that, through our quality process that I
10  mentioned -- 99 percent for the top performer
11  program, et cetera -- that we will identify other
12  areas that maybe that specific individual may need
13  to improve on.
14      Q   The insurance requirements that you're
15  talking about are a part of the training, is that
16  like -- is there a single listing of the insurance
17  requirements, or are there different insurance
18  requirements that apply to different states or
19  different investors?
20      A   No.
21      Q   It's just one set of insurance
22  requirements?
23      A   Correct.
24      Q   Would there be something -- a document or
25  computer screen that an employee could refer to if

Page 131

1   they wanted to double-check what the -- what the
2   insurance requirements included?
3       A   Yes.
4       Q   Where would they find that?
5       A   It's the online procedure database.
6       Q   And is there a specific online procedure
7   database relating to insurance?
8       A   Yes.
9       Q   Would all employees in your group have
10  access to that from their desktop?
11      A   Yes.
12      Q   Also, on page two of the contract there's
13  a definition at section 1.7, Exhibit 4, that says
14  insurance documents.
15      A   Yes.
16      Q   Is -- are these the insurance documents
17  that you referred to would be -- would come in
18  through your mail services group?
19      A   Yes, with the exception of cover notes.  I
20  haven't seen cover notes in ages.  But, yes.
21      Q   What are cover notes?  Or what were they?
22      A   They were basically a extension of
23  coverage for a period of time, similar to a binder.
24  But I haven't seen them in ages.
25      Q   And here in the -- in the contract, would

Page 132

1   you agree that it defines insurance documents to
2   mean both the information available electronically
3   from Countrywide Home Loans and any documents
4   received by your group from the insurance company or
5   agent or borrower?
6       A   I did not understand the question.
7       Q   Sure.  Is insurance documents here
8   defined -- as here defined in the contract, would
9   you agree with me that it includes insurance
10  documents coming in to your group from the agent,
11  borrower, or insurance company, and the information
12  available from CHL on its database?
13      A   I can't -- I don't understand the
14  question.
15      Q   Okay.  What do you understand insurance
16  documents to include in this agreement?
17      A   A --
18          MR. HELLER:  Object to the form.
19          THE WITNESS: -- piece of paper.
20  BY MS. BOWMAN:
21      Q   That would be such as insurance policies?
22      A   Correct.
23      Q   Endorsements?
24      A   Yes.
25      Q   Declaration pages?

Page 133

1       A   Yes.
2       Q   Binders?
3       A   Yes.
4       Q   What are certificates?  Certificates of
5   insurance?
6       A   Certificates of insurance.
7       Q   Okay.  Already described coverage notes.
8   Coverage letters?
9       A   Yes.
10      Q   Memoranda of insurance?
11      A   Yes.
12      Q   Or other documents received by the
13  servicer for Newport relating to the status of
14  hazard or flood insurance?
15      A   Correct.
16      Q   What other kinds of documents would you
17  expect to receive?
18      A   I don't know of any other documents that
19  we would expect to receive.
20      Q   The contract between Newport and
21  Countrywide Home Loans requires that the lender
22  placed policies, other than for flood insurance, be
23  placed through Balboa; is that correct?
24          MR. HELLER:  Object to the form.
25          THE WITNESS:  I'm not aware that this

Page 134

1    states that.
2    BY MS. BOWMAN:
3       Q   Take a look at page three, section 1.9.
4       A   (Reviewing document.)  I'm sure when this
5    contract was put together, it was Balboa Insurance
6    Company that was writing the lender protection at
7    that time.
8       Q   Okay.  In the time period between 2003 and
9    the present, has your group ever requested a lender
10   placed policy to be issued by someone other than
11   Balboa, excluding flood?
12      A   Has my group?  No.  No.
13      Q   Would that -- would someone other than
14   Balboa be issuing a lender placed policy for a
15   mortgage serviced by Countrywide other than flood?
16      A   No.
17      Q   So if there's going to be a lender placed
18   policy in connection with the loans serviced by
19   Countrywide, it's issued by Balboa?
20      A   Yes.
21      Q   You're not -- you're not permitted as --
22   as a part of your responsibilities in insurance
23   tracking and ordering of lender placed insurance, to
24   shop amongst other lender placed insurance
25   companies?

Page 135

1       A   No.
2          MR. HELLER:  Object to the form.
3    BY MS. BOWMAN:
4       Q   Do you know whether there are other lender
5    placed insurance companies issuing policies in the
6    state of Florida, other than Balboa?
7       A   Yes.
8       Q   And who are they?
9       A   My understanding is that -- Assurant.  And
10   I'm not sure of any other company.
11      Q   And you, in your role in insurance
12   tracking, you -- you do not contact Assurant to see
13   whether you could place a lender placed policy with
14   them on one of CHL's mortgages, right?
15      A   No.
16      Q   You don't have any information in your
17   group, as your business rules or personnel are
18   designating loans for the issuance of lender placed
19   policies, what Assurant's or any other insurers --
20   insurers' rates would be for that policy?
21      A   I didn't understand the question.
22      Q   As your group is -- either through the
23   automated business rules or through your personnel
24   identifying properties for the issuance of lender
25   placed insurance, you are not aware of the rates

Page 136

1    that would -- the rates -- the premium rates for
2    that insurance that would be -- that would be paid
3    to obtain that insurance -- insurance from someone
4    like Assurant?
5       A   No.
6          THE VIDEOGRAPHER:  One minute.
7          MS. BOWMAN:  Okay.  We can go off and
8    change then.
9          THE VIDEOGRAPHER:  This concludes tape
10   number four.  We're off the record at 5:07 p.m.
11      (Brief recess.)
12         - - - -
13      (Continued in Volume II.)