**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DORIS DRURY, TERRY KOCHNIARCZYK,**

        **Plaintiffs,**

**-vs-**                                                         **Case No.  6:08-cv-152-Orl-28DAB**

**COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE INSURANCE SERVICES, INC. and BALBOA INSURANCE COMPANY,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:** **MOTION TO STRIKE AMENDED COMPLAINT (JURY DEMAND) (Doc. No. 55)**
>
> **FILED:** **June 11, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**, without prejudice.

Determination of the motion requires the finding of facts, which is better accomplished with the benefit of a more complete record. The matter may be raised again, following completion of discovery.

> **MOTION:**  **MOTION TO STRIKE CLASS ACTION ALLEGATIONS (Doc. No. 69)**
>
> **FILED:**     **July 3, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Any objection to untimeliness has been waived or has been superseded by events.

> **MOTION:**  **MOTION TO COMPEL (Doc. No. 70)**
>
> **FILED:**     **July 10, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**, based on the Defendants' representations at hearing.

As noted by the Court, if Defendants object to any motion for class certification based on on a ground that relates to information that was *not* provided to Plaintiffs during discovery, Plaintiffs may move to strike the objection or, alternatively, to reopen discovery in order to fairly respond.

> **MOTION:**  **MOTION FOR EXTENSION OF TIME (Doc. No. 71)**
>
> **FILED:**     **July 10, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

As agreed to at hearing, the following schedule shall apply:

| | |
|---|---|
| **Plaintiffs' Expert disclosure** | **September 5, 2008** |
| **Defendants' Expert disclosure** | **September 19, 2008** |
| **Class discovery deadline** | **October 15, 2008** |
| **Motion for Class Certification** | **October 30, 2008** |

**DONE** and **ORDERED** in Orlando, Florida on August 20, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record