UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DORIS DRURY and TERRY
KOCHNIARCZYK, on behalf of
themselves, and those similarly situated,

    Plaintiffs,

vs.                                CASE NO: 6:08-cv-152-ORL-28 DAB

COUNTRYWIDE HOME LOANS, INC.,
BALBOA INSURANCE COMPANY, and
NEWPORT MANAGEMENT
CORPORATION,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Doris Drury and Terry Kochniarczyk and defendants Countrywide Home Loans, Inc., Balboa Insurance Company, and Newport Management Corporation, stipulate to the dismissal, with prejudice, of plaintiffs' claims against defendants.

On October 28, 2008, plaintiffs filed a notice of settlement, stating that all claims had been settled and that a notice of dismissal with prejudice would follow the execution of the settlement documents. The Court then entered an order dismissing all claims without prejudice, (Doc. 105), and closed the case on January 23, 2009. (Doc. 106.)

Plaintiffs and defendants stipulate that this case has completely settled, and ask that the Court re-open the case for the limited purpose of dismissing all of plaintiffs' claims against the named defendants with prejudice. The parties will bear their own attorneys' fees and costs. A proposed order is attached as Exhibit A.

/s/ Jill H. Bowman
Jill H. Bowman, Esq.
Florida Bar No.: 57304
James, Hoyer, Newcomer, Smiljanich
& Yanchunis, P.A.
One Urban Centre, Suite 550
4830 W. Kennedy Blvd.
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4171
jbowman@jameshoyer.com

Attorney for Plaintiffs

/s/ William P. Heller
William P. Heller, Esq.
Florida Bar No.: 987263
Akerman & Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2009, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will automatically send a copy to all counsel of record in this case.

William P. Heller, Esq.
William Patrick Gray, III, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

/s/ Jill H. Bowman
Attorney